# RESOLUTION OF HAWAIIAN RIVERBEND, LLC AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PETITION

WHEREAS HAWAIIAN RIVERBEND, LLC, is not able to pay its debts as they come due; and

WHEREAS, HAWAIIAN RIVERBEND, LLC has a pending auction sale; and

WHEREAS, HAWAIIAN RIVERBEND, LLC has authorized Michael Haroutun Miroyan to hire attorney Michael Jay Berger to prepare and file a Chapter 11 Bankruptcy Petition for HAWAIIAN RIVERBEND, LLC and to have Mr. Berger prepare and sign any additional documents needed in connection with said bankruptcy filing; and

WHEREAS, Michael Haroutun Miroyan is the Managing Member of HAWAIIAN RIVERBEND, LLC.

NOW, THEREFORE:

IT IS HEREBY RESOLVED by HAWAIIAN RIVERBEND, LLC to file a Chapter 11 bankruptcy petition. Michael Haroutun Miroyan and Michael Jay Berger are specifically authorized to file said Chapter 11 petition on behalf of HAWAIIAN RIVERBEND, LLC

Dated: 4/14/22

HAWAIIAN RIVERBEND, LLC

By: _____
Michael Haroutun Miroyan