# Notice Recipients

District/Off: 0971−5     User: admin     Date Created: 4/15/2022
Case: 22−50314     Form ID: 309F2     Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Not Assigned − SJ
                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Hawaiian Riverbend, LLC | PO Box 3181 | Saratoga, CA 95070 | | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 | |
| aty | Michael Jay Berger | Law Offices of Michael Jay Berger | 9454 Wilshire Blvd., 6th Floor | Beverly Hills, CA 90212 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 15388034 | Gang Chen | 555 4th St. #822 | San Francisco, CA 94107 | | |
| 15388040 | Hawaii County Tax | Hilo Office − Aupuni Center | 101 Pauahi St., Ste. 4 | Hilo, HI 96720 | |
| 15388038 | Hawaiian Riverbend, LLC | PO Box 3181 | Saratoga, CA 95070 | | |
| 15388042 | Kai Family Trust | c/o Kenneth Kai | 250 Montclair Ave Ste. A | San Jose, CA 95116 | |
| 15388041 | Kai Family Trust | c/o Michael Carroll, Esq. 7583−0 | Bay Lungs Law | 700Bispoh St., Ste. 900 | Honolulu, HI 96813 |
| 15388039 | Michael Jay Berger | Law Offices of Michael Jay Berger | 9454 Wilshire Boulevard, 6th Floor | Beverly Hills, CA 90212 | |
| 15388035 | Paul J. Sulla | Attorney at Law | PO Box 5258 | Hilo, HI 96720 | |
| 15388036 | Ryan Smith | 882 Kirksey Dr. | Turlock, CA 95382 | | |

                                                         TOTAL: 16