# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 04/15/2022 |
| Case: 22–50314 | Form ID: OFP | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     Not Assigned – SJ

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
aty     Michael Jay Berger     michael.berger@bankruptcypower.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Hawaiian Riverbend, LLC     PO Box 3181     Saratoga, CA 95070
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101–7346
smg     State Board of Equalization     Attn: Special Procedures Section, MIC:55     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Attn: Special Procedures     P.O. Box 2952     Sacramento, CA 95812–2952
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101–7346

TOTAL: 6