MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 22-50314 SLJ |
| HAWAIIAN RIVERBEND, LLC | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Elvina Rofael
    450 Golden Gate Avenue, 5th Floor, Suite #05-0153
    San Francisco, CA 94102
    Email: Elvina.Rofael@usdoj.gov

Dated: April 18, 2022          TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                                   By:    /s/ Elvina Rofael
                                                    Attorney for United States Trustee

Notice of Appearance and Request for Notice