MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:   (310) 271-9805
E-mail:      michael.berger@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Hawaiian Riverbend, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 22-50314 SLJ |
| | Chapter 11 (Subchapter V) |
| HAWAIIAN RIVERBEND, LLC, | **DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116 (1)(B)** |
| Debtor and Debtor-in-Possession. | |
| | Hearing on Order to Show Cause Re Dismissal or Conversion: |
| | Date: May 5, 2022 |
| | Time: 11:00 a.m. |
| | Hearing will be held via Zoom[1] |

---

[1] Parties can refer to the Bankruptcy Court's website for rules on accessing Zoom at: https://www.canb.uscourts.gov/procedure/zoom

1
DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116 (1)(B)

Case: 22-50314    Doc# 18    Filed: 04/21/22    Entered: 04/21/22 18:50:26    Page 1 of 2

## STATEMENT OF HAWAIIAN RIVERBEND, LLC

I, Michael Miroyan, declare and state as follows:

1. I am the Managing Member of Hawaiian Riverbend, LLC, the debtor and debtor-in-possession in the above-captioned matter (the "Debtor"). I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. Debtor commenced its Subchapter V Chapter 11 proceedings by filing an emergency voluntary petition on April 14, 2022 (the "Petition Date"). I make this statement on behalf of the Debtor pursuant to 11 U.S.C. § 1116(1)(B).

3. Debtor has not prepared a recent balance sheet, statement of operation, or a cash flow statement. Debtor has not filed any tax returns since it did not have any reportable income.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on April 21, 2022 in  SANTA CLARA , California.

By: _____
Michael Miroyan