**United States Bankruptcy Court**
**Northern District of California**

In re: Hawaiian Riverbend, LLC
Debtor(s)

Case No. 22-50314
Chapter 11

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Voluntary Petition

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: May 27, 2022

Michael Jay Berger
Attorney for Debtor(s)
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax:(310) 271-9805
michael.berger@bankruptcypower.com

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Hawaiian Riverbend, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and doing business as names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3591659 | |
| 4. | Debtor's address | **Principal place of business**<br><br>620 Vasona Avenue<br>Los Gatos, CA 95032<br>Number, Street, City, State & ZIP Code<br><br>Santa Clara<br>County | **Mailing address, if different from principal place of business**<br><br>PO Box 3181<br>Saratoga, CA 95070<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify. | |

Debtor  Hawaiian Riverbend, LLC                                      Case number (if known) 22-50314
        Name

7.  Describe debtor's business  A. *Check one:*

    - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
    - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - [ ] None of the above

    B. *Check all that apply*

    - [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
    - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes

    _____

8.  Under which chapter of the Bankruptcy Code is the debtor filing?  *Check one:*

    - [ ] Chapter 7
    - [ ] Chapter 9
    - [x] Chapter 11. *Check all that apply:*
        - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
        - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
        - [ ] A plan is being filed with this petition.
        - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - [ ] Chapter 12

9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
    - [ ] No
    - [x] Yes

    If more than 2 cases, attach a separate list

    | District | District of Hawaii (Honolulu) | When | 4/04/16 | Case number | 16-00348 |
    | District |  | When |  | Case number |  |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - [x] No
    - [ ] Yes.

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 2

Case: 22-50314    Doc# 38    Filed: 05/27/22    Entered: 05/27/22 13:12:45    Page 3 of 5

Debtor: Hawaiian Riverbend, LLC  Case number (if known) 22-50314

List all cases. If more than 1, attach a separate list.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety
   What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property?  _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors

**14. Estimated number of creditors**

- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Case: 22-50314   Doc# 38   Filed: 05/27/22   Entered: 05/27/22 13:12:45   Page 4 of 5

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY 26, 2022
            MM / DD / YYYY

X _____  Michael Haroutun Miroyan
  Signature of authorized representative of debtor   Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____   Date 05/27/2022
  Signature of attorney for debtor        MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone (310) 271-6223    Email address  michael.berger@bankruptcypower.com

100291 CA
Bar number and State