MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

*Proposed* Counsel for Debtor and Debtor-in-Possession,
Hawaiian Riverbend, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

HAWAIIAN RIVERBEND, LLC,

    Debtor and Debtor-in-Possession.

CASE NO.: 5:22-bk-50314

Chapter 11

**REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**

Date: June 7, 2022
Time: 2:00 p.m.
Place: 280 S. First Street
       Courtroom 9
       (hearing to be held remotely)
       San Jose, CA 95113

TO THE HONORABLE STEPHEN L. JOHNSON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, KENNETH Y. KAI AND TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1988 TRUST, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S CREDITORS AND TO ALL INTERESTED PARTIES:

1

REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50314   Doc# 41   Filed: 05/31/22   Entered: 05/31/22 18:05:47   Page 1 of 8

Hawaiian Riverbend, LLC (the "Debtor"), Debtor and Debtor-in-Possession herein, respectfully submits its Reply to the Opposition of Kenneth Y. Kai and Tae K. Kai, Trustees of the Kai Family 1998 Trust's ("Kai") to the Application to Employ Michael Jay Berger as Debtor's General Bankruptcy Counsel as follows:

## I. INTRODUCTION

Applicant asks that Kai's Objection to Applicant's Employment Application be overruled on the basis that Applicant's work on the case was beneficial to the estate of the Debtor, and that there is no actual conflict preventing Applicant from representing both Debtor and its principal Mr. Miroyan.

## II. RESPONSE TO KAI'S OBJECTIONS

1. Employment of Applicant Benefited the Estate

On April 13, 2022, Debtor retained the Law Offices of Michael Jay Berger ("Applicant") to represent Debtor in its Chapter 11 bankruptcy proceeding.

On April 14, 2022, a voluntary chapter 11 petition was filed on behalf of the Debtor. Post-petition services commenced on April 15, 2022.

On April 28, 2022, Applicant filed Debtor's Schedules and Statement of Financial Affairs [docket no.: 22].

On May 10, 2022, Applicant filed the Application to Employ Michael Jay Berger as General Bankruptcy Counsel [docket nos.: 24, 25 and 26].

On May 10, 2022, Applicant filed the Motion to Withdraw as Attorney [docket no.: 28].

2
REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL A. BERGER IN SUPPORT THEREOF

Case: 2:22-bk-02144 Doc#: 41 Filed: 05/31/22 Entered: 05/31/22 19:25:47 Page 2 of 8

During this period, Applicant prepared Debtor's schedules and other petition documents filed with the Court. Applicant appeared at Debtor's initial debtor interview. Applicant spent a significant amount of time preparing Compliance for the United States Trustee. Applicant also spent time reviewing the Order to Show Cause why the case should be dismissed. During this period, Applicant and his employees communicated with the Debtor about the case, the property and other issues related to the Debtor's case. Applicant did work on Debtor's case, and for the period in which he was Debtor's counsel, Applicant should be employed in the case. Applicant is aware he will file a Fee Application for approval of his fees.

2. <u>Applicant is Disinterested</u>

Under 11 U.S.C. §327(a), the court-appointed professional must be "disinterested," and must not represent or hold any interest adverse to the estate. The term "disinterested" is defined under Code § 101(14) to mean a person who "is not a creditor, an equity security holder, or an insider" and who "does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason."

Applicant's employment application specifically stated that "Applicant also represents Debtor's managing member Michael Miroyan in a personal Chapter 13 case (Case No. 22-bk-50339)." Neither the Debtor, nor Miroyan, have interests materially adverse of each other or their respective estates, and neither are creditors of each other.

3
REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50314    Doc# 41    Filed: 05/31/23    Entered: 05/31/23 18:25:47    Page 3 of 8

Kai does not state any facts indicating that the Debtor or Miroyan are disinterested, but merely state case law which is inapplicable to the circumstances in these cases.

In the alternative, if the Court finds that there is a conflict, the Applicant is agreeable to refund the retainer paid for the chapter 13 case to Debtor's principal, Michael Miroyan.

### III. CONCLUSION

WHEREFORE, Debtor prays for an order authorizing them to retain as General Bankruptcy Counsel, the Law Offices of Michael Jay Berger, effective as of April 14, 2022.

DATED: May 31, 2022         LAW OFFICES OF MICHAEL JAY BERGER

By: _____
Michael Jay Berger
*Proposed* Counsel for Debtor-in-Possession
Hawaiian Riverbend, LLC

4
REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF
Case: 22-50814    Doc# 41    Filed: 05/31/22    Entered: 05/31/22 18:25:47    Page 4 of 8

# DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I am the sole owner of the Law Offices of Michael Jay Berger ("Applicant").

2. I seek to be employed by Hawaiian Riverbend, LLC, (the "Debtor"), Debtor and Debtor-in-Possession herein, as their General Bankruptcy Counsel.

3. On April 13, 2022, Debtor retained me to represent Debtor in its Chapter 11 bankruptcy proceeding.

4. On April 14, 2022, I filed a voluntary chapter 11 petition was filed on behalf of the Debtor. Post-petition services commenced on April 15, 2022.

5. On April 28, 2022, I filed Debtor's Schedules and Statement of Financial Affairs [docket no.: 22].

6. On May 10, 2022, I filed the Application to Employ Michael Jay Berger as General Bankruptcy Counsel [docket nos.: 24, 25 and 26].

7. On May 10, 2022, I filed the Motion to Withdraw as Attorney [docket no.: 28].

8. During this period, I prepared Debtor's schedules and other petition documents filed with the Court. I appeared at Debtor's initial debtor interview. My office spent a significant amount of time preparing Compliance for the United States Trustee. I also spent time reviewing the Order to Show Cause why the case should be dismissed. During this period, my employees and I communicated with the Debtor about the case, the property and other issues related to the Debtor's case. I did work on Debtor's case, and for the period in which I was Debtor's counsel, I should be employed in the case.

5

REPLY TO KAL FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50314    Doc# 41    Filed: 05/31/22    Entered: 05/31/22 18:25:47    Page 5 of 8

9. I am aware of the requirement to file a Fee Application for approval of my fees.

10. My employment application specifically stated that "Applicant also represents Debtor's managing member Michael Miroyan in a personal Chapter 13 case (Case No. 22-bk-50339)."

11. Neither the Debtor, nor Miroyan, have interests materially adverse of each other or their respective estates, and neither are creditors of each other.

12. In the alternative, if the Court finds that there is a conflict, the Applicant is agreeable to refund the retainer paid for the chapter 13 case to Debtor's principal, Michael Miroyan.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 31, 2022 at Beverly Hills, California.

*/s/ Michael Jay Berger*
Michael Jay Berger

6
REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50307 Doc# 41 Filed: 05/31/22 Entered: 05/31/22 18:25:47 Page 6 of 8

| In re: | | CHAPTER: 11 |
|---|---|---|
| Hawaiian Riverbend, LLC | Debtor(s). | CASE NUMBER: 22-50314 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO KAI FAMILY 1998 TRUST OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/31/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Debtor's Proposed Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com
Trustee: Gina R. Klump    gklump@klumplaw.net, gina.klump@gmail.com
Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
OUST Counsel: Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
Interested Party: Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
OUST Counsel: Marta Villacorta    marta.villacorta@usdoj.gov
Interested Parry: Reno F.R. Fernandez    reno.fernandez@calapplaw.com, ecf@macfern.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 5/31/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Debtor
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 95070**

**Hawaiian Riverbend, LLC
620 Vasona Ave
Los Gatos, CA 95032**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE 5/31/2022**    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Honorable Stephen L. Johnson
 United States Bankruptcy Court
 280 South First Street
 San Jose, CA  95113-3099

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/31/2022 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012

**9013-3.1.PROOF.SERVICE**