**Entered on Docket
June 02, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the Court.
Signed: June 2, 2022**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 22-50314 SLJ |
| **HAWAIIAN RIVERBEND, LLC**, | Chapter 11 (Subchapter V) |
| Debtor. | |

### ORDER TO SHOW CAUSE RE DISMISSAL

Debtor Hawaiian Riverbend, LLC filed the above-captioned bankruptcy case on April 14, 2022. Since then, other than filing certain required documents the case has become a fight over representation: Debtor's counsel moved to withdraw because Debtor is no longer communicating with counsel, ECF 28, and counsel's application for employment, ECF 24, has drawn multiple objections, ECF 34, 42. Nothing on the docket shows Debtor has made any effort to obtain substitute counsel. I also note that Debtor has not designated a responsible person, B.L.R. 4002-1, meaning it is possible the Court will soon be left with a debtor entity that has neither counsel nor an individual responsible for its reorganization.

ORDER TO SHOW CAUSE RE DISMISSAL     1/3

Accordingly, it is hereby ordered that Debtor appear on **June 7, 2022** at **2:00 p.m.**[1] and show cause why this case should not be dismissed for lack of prosecution, and the possibility of such prosecution being impossible should I allow counsel to withdraw. Debtor shall file a written response to this order by **June 6, 2022**, or I may dismiss this case without further hearing.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

---

[1] The hearing will be held by Zoom. Parties may consult the Court's website for how to appear by Zoom. *See* https://www.canb.uscourts.gov/judge/johnson/calendar

ORDER TO SHOW CAUSE RE DISMISSAL 2/3

**COURT SERVICE LIST**

[ECF recipients only]

ORDER TO SHOW CAUSE RE DISMISSAL      3/3