MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Hawaiian Riverbend, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:

Hawaiian Riverbend, LLC,

      Debtor-in-Possession.

CASE NO.: 22-50314

Chapter 11

**APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1**

[No Hearing Required]

  Hawaiian Riverbend, LLC as debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case (the "Chapter 11 Case"), hereby submits this Application (the "Application"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Local Bankruptcy Rules"), for entry of an order appointing Michael Miroyan ("Mr. Miroyan") as the individual with primary responsibility for the duties and obligations of the Debtor during the Chapter 11 Cases (the "Responsible Individual").

APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL
PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1
Case: 22-50314   Doc# 4   Filed: 06/03/22   Entered: 06/03/22 17:47:24   Page 1 of 4

By this application, the Debtor seeks to approve the appointment of Mr. Miroyan, the Managing Member of the Debtor, as the Responsible Individual for the Debtor in accordance with Bankruptcy Local Rule 4002-1.

Mr. Miroyan's contact information is:
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 9507
408-913-3123
mac8881@me.com

**WHEREFORE**, the Debtor respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the relief requested herein and such other and further relief as the Court may deem just and proper.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 6/23/2022        By: /s/ Michael J. Berger

Michael Jay Berger
Proposed Counsel for Debtor-in-Possession
Hawaiian Riverbend, LLC

APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE

Case: 22-50314    Doc# 47    Filed: 06/03/22    Entered: 06/03/22 17:47:24    Page 2 of 4

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession
Hawaiian Riverbend, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:

Hawaiian Riverbend, LLC,

            Debtor-in-Possession.

CASE NO.: 22-50314

Chapter 11

**[PROPOSED] ORDER APPROVING APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1**

[No Hearing Required]

    Upon the application (the "Application"), dated June 3, 2022, of Hawaiian Riverbend, LLC as debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case (the "Chapter 11 Case"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order appointing Michael Miroyan (the "Responsible Individual") as the individual with primary responsibility for the duties and

APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1

Case: 22-50314  Doc# 14  Filed: 06/03/22  Entered: 06/03/22 17:47:24  Page 3 of 4

obligations of the Debtor during the Chapter 11 Case; and this Court having reviewed the Application; and upon all of the proceedings had before this Court and after due consideration and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Michael Miroyan, Managing Member of Hawaiian Riverbend LLC, is appointed as the Responsible Individual for the Debtor during the Chapter 11 Case pursuant to Bankruptcy Local Rule 4002-1.

3. Mr. Miroyan's contact information is:
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 9507
408-913-3123
mac8881@me.com

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*\* END OF ORDER \*\*\***

APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL MIROYAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1

Case: 22-50314    Doc# 47    Filed: 06/03/22    Entered: 06/03/22 17:47:24    Page 4 of 4