**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

HAWAIIAN RIVERBEND, LLC,

    Debtor.

Case No.: 22-50314-SLJ
Chapter 11 (Sub-Chapter V)

## CERTIFICATE OF SERVICE

I, Wayne A. Silver, the undersigned, hereby declare:

I am counsel for of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust, creditors in the above-captioned Chapter 11 case, with offices at 643 Bair Island Road, Suite 403, Redwood City, California 94063. On June 6, 2022, I caused to be served true and correct copies of the:

SECURED CREDITORS' REQUEST FOR CONTINUANCE OF HEARINGS ON: (1) ORDER TO SHOW CAUSE, AND (2) DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

SECURED CREDITORS' MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, FOR DISMISSAL WITH REFILING BAR

REQUEST FOR JUDICIAL NOTICE

DECLARATION OF MATTHEW C. SHANNON

on the parties listed below in the manner(s) indicated:

    **[X]**    By means of this Court's electronic transmission to the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are

registered CM/ECF users set forth on the ECF/CMS Mailing List obtained from this Court, as follows:

| Name | Email Address |
|---|---|
| Michael Jay Berger | michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com |
| Reno F.R. Fernandez | reno.fernandez@calapplaw.com, ecf@macfern.com |
| Gina R. Klump | gklump@klumplaw.net, gina.klump@gmail.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Elvina Rofael | elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |

**[X]** By serving the foregoing documents via electronic mail to the following:

| Name | Email Address |
|---|---|
| Michael Jay Berger | michael.berger@bankruptcypower.com, michael.berger@ecf.courtdrive.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2022 at Sunnyvale, California.

                  */s/ Wayne A. Silver*
                  Wayne A. Silver