To: Berger Law

Case # 22-50314

6/6/22 @ 4:00pm

RE: HR, LLC Debtor

from: Manager M Mikoyan

5 pgs. w/ cover

Please be sure to file my 2pg. declaration AND my Promissory Note attached.

FILED
JUN 07 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

M MIKOYAN

# DECLARATION OF MICHAEL MIROYAN

*3 pgs. w/ Note $10,000 Attached — MM 6/6/22*

I, Michael Miroyan, declare as follows:

1.     I am the Managing Member for the Debtor Hawaiian Riverbend, LLC (the "Debtor") in the herein bankruptcy.

2.     I have personal knowledge of the facts set forth herein.  If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3.     I am Debtor's proposed Responsible Individual pursuant to Local Bankruptcy Rule 4002-1. *I have executed a $10,000 Promissory Note to Hal Barker. I am the client of Mr. Berger, NOT Barker. (see Note attached) MM 6/6/22*

4.     I have interviewed two experienced real estate brokers, Jim Miller and Rex Pippen, to help determine who I want to ask the Court to employ as real estate broker, to sell the Debtor's real property.

5.     I have been advised by Michael Jay Berger that I must look for replacement bankruptcy counsel and I am acting as Designated Responsible Individual for the Debtor.

6.     I believe the Debtor can reorganize through the sale of the real property and use of the equity to negotiate and pay the creditors of the estate. The Debtor owns a real property vacant lot in Hawaii which I estimate is worth approximately $6,000,000. The Debtor owes approximately $150,000 in property taxes and $540,000 to the Kai Family Trust, lienholder on the property. The Debtor estimates the total equity in the real property is approximately $5,310,000. Debtor has $380,622.70 in general unsecured debt. Through the sale of the Debtor's real property, Debtor will be able to pay off all of its creditors and have a significant amount of money left over. Debtor just seeks an opportunity to effectuate the sale of the real property.

*Pg. 1 of 2 Declaration*

7.     Allowing the Debtor to move forward in the Chapter 11 case is in the best interest of the creditors of the estate as it would give the Debtor an opportunity to pay the creditors off. Dismissal at this point would result in the immediate foreclosure of the Debtor's real property, and none of the creditors would get paid, excep the foreclosing creditor.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 6, 2022 at Saratoga, California.

_____
Michael Miroyan

I was unaware of Michael Berger's withdrawal motion and I've never seen it. It was done without notifying me.

How can I hire a supposedly good law firm, pay $25,000 cash on April 14/22 and have these kind of problems?

Is someone sabotaging me? I've done my job and I own 100% of the membership interests of HR, LLC and it is a single asset real estate LLC with a single Manager member and owner, me. There's more I have to say. Like the fraud by Kai Family Trust!

I sent this c/note attached @ 3:45pm 6/6/22 to Berger's Law office    6/6/22 [signature] MIROYAN

9

$10,000

# Promissory Note

4% / annual
interest

For $10,000 received by me, Michael Miroyan, on today's date, I promise to pay back to Lender, Mr. Harold Barker the full Sum plus 4% annual interest equaling $400/yr.

I will pay back the $10,000 in quarterly payments of interest only or interest due + principal payback without any prepayment fees so I can pay back any amount of principle at any time.

I understand if I am late in payments to Mr. Barker I will incurr a 25% late fee.

Because time is of the essence and because I'm borrowing this money to pay an attorney for the filing of a Chapter 11 federal Bankruptcy. Mr. Barker agrees to wire direct to the attorneys trust account on today's date with the understanding that Michael Miroyan is the borrower of the funds and also will pay back these funds. Unique. all payments to be made 620 Verona Ave. Lo, Ca 95012

X _____ Miroyan          X _____ Barker

Date: 4-14-2022
3 Year $10,000 Promissory Note
4% Annual Interest

For $10,000 received by me, Michael Miroyan, on today's date, I promise to pay back to Lender, Mr Harold Barker, the full sum plus 4% annual interest equalling $400 per year.

I will pay back the $10,000 in quarterly payments of interest only or interest due plus principle payback without any prepayment fees so I can pay back any amount of principle at any time.

I understand if I am late in payment to Mr Harold Barker, I will incur a $25 late fee.

Because time is of the essence and because I'm borrowing this money to pay an attorney for the filing of a chapter 11 federal bankruptcy, Mr Harold Barker agrees to wire directly to the attorneys trust account on today's date with the understanding that Michael Miroyan is the borrower of the funds and also will pay back those funds.

We agree all payments to be made at 620 Vasona Ave, Los Gatos, CA 95032

X _____
 Barker

X _____.
 M Miroyan