

# Fwd: On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote...
1 message

**Michael Miroyan** <mac8881@me.com>     Tue, Jun 7, 2022 at 2:05 PM
To: Talamantes , Margie <mtalamantes1977@gmail.com>

Print the letter from J. Miller

Sent from : #17phonemm'22

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** June 7, 2022 at 11:19:25 AM PDT
> **To:** Hotel Best Western Lanai <lanaigardeninn@yahoo.com>
> **Subject: On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote...**

On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote:
Hi Michael,

Here is a listing agreement for your review.
I feel that around 6 million is the right listing price to get a serious offer within 90 days. I think the 244 units is in the ball park for 2 bedroom apartments with adequate parking. Someone may choose to do a mixture of 1 and 2 bedroom units to get a higher unit count but the value of the 1 bedrooms will be lower than the 2 bedroom so overall value shouldn't increase too dramatically.

I will list it at 6% split 3% and 3% with a buyer's brokerage. 6 month listing and either can cancel after January 31, 2019 with 30 day notice. No exclusions to the contract.

If this is acceptable let me know and I'll get my broker signature and send to you for signature. I have reached out to the other agent with the clients that have expressed interest to let them know they should look at this seriously sooner rather than later.

Mahalo.

John Miller
Macarthur Sotheby's intl. Realty
808-315-5501
john@liveinkona.com
LiveInKona.com
Hawaii's Best Address


Sent from : #17phonemm'22



# Fwd: On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote...
1 message

**Michael Miroyan** <mac8881@me.com>  Tue, Jun 7, 2022 at 2:05 PM
To: Talamantes , Margie <mtalamantes1977@gmail.com>

Print the letter from J. Miller

Sent from : #17phonemm'22

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** June 7, 2022 at 11:19:25 AM PDT
> **To:** Hotel Best Western Lanai <lanaigardeninn@yahoo.com>
> **Subject: On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote...**

On Dec 26, 2018, at 4:20 PM, John Miller <John@liveinkona.com> wrote:
Hi Michael,

Here is a listing agreement for your review.
I feel that around 6 million is the right listing price to get a serious offer within 90 days. I think the 244 units is in the ball park for 2 bedroom apartments with adequate parking. Someone may choose to do a mixture of 1 and 2 bedroom units to get a higher unit count but the value of the 1 bedrooms will be lower than the 2 bedroom so overall value shouldn't increase too dramatically.

I will list it at 6% split 3% and 3% with a buyer's brokerage. 6 month listing and either can cancel after January 31, 2019 with 30 day notice. No exclusions to the contract.

If this is acceptable let me know and I'll get my broker signature and send to you for signature. I have reached out to the other agent with the clients that have expressed interest to let them know they should look at this seriously sooner rather than later.

Mahalo.

John Miller
**Macarthur Sotheby's intl. Realty**
**808-315-5501**
john@liveinkona.com
**LiveInKona.com**
**Hawaii's Best Address**


Sent from : #17phonemm'22