**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust*

The following constitutes the order of the Court.
Signed: June 9, 2022

*[signature]*
_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HAWAIIAN RIVERBEND, LLC,<br><br>    Debtor. | Case No.: 22-50314-SLJ<br>Chapter 11 (Sub-Chapter V)<br><br>Date:    June 21, 2022<br>Time:    2:00 p.m.<br>Court:   Hon. Steven L. Johnson<br>**\*\*\* Hearing to be conducted by Telephone or Video Conference** |

### ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, FOR <u>DISMISSAL WITH REFILING BAR</u>

The Court has read and considered the Application for an order shortening time ("<u>Application</u>") of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust ("<u>Kai</u>"), secured creditors and interested parties in the above-captioned Case No.: 22-50314-SLJ ("<u>Bankruptcy Case</u>") of HAWAIIAN RIVERBEND, LLC ("<u>HR LLC</u>"), the Debtor in this Bankruptcy Case. The Application seeks an order shortening time under Bankruptcy Local Rule ("BLR") 9006-1(c) for notice of the hearing on the Kai motion to convert this Chapter 11 Bankruptcy Case to Chapter 7, or in the alternative, to dismiss the Bankruptcy Case with a refiling bar of two (2) years ("<u>Motion</u>").

Good cause appearing, the Motion having been filed and served on June 6, 2022, notice of

Page - 1

Order Shortening Time for Notice of Hearing On Motion to Convert Case to Chapter 7, Or In the Alternative, for Dismissal with Refiling Bar

the Application having been reasonable under the circumstances, the Application is GRANTED as follows:

1. The Court will hear the Motion on June 21, 2022, at 2:00 p.m. via remote appearance.

2. Notice of the hearing with a copy of this Order shall be served within 24 hours after this Order Shortening Time has been docketed.

3. Service on HR LLC shall be made to Michael Miroyan via email to: mac8881@me.com, and by CM/ECF to all parties entitled to electronic notice, and by regular mail to HR LLC at the address on the Court Docket, which is HAWAIIAN RIVERBEND, LLC, 620 Vasona Ave., Los Gatos, CA 95032.

4. Any written opposition to the Motion must be filed and served on or before June 16, 2022.

*** END OF ORDER ***

Page - 2

Order Shortening Time for Notice of Hearing On Motion to Convert Case to Chapter 7, Or In the Alternative, for Dismissal with Refiling Bar

Case: 22-50314    Doc# 59    Filed: 06/09/22    Entered: 06/09/22 09:44:58    Page 2 of 3

<u>Court Service List</u>

HAWAIIAN RIVERBEND, LLC
620 Vasona Ave.
Los Gatos, CA 95032

Page - 3
Order Shortening Time for Notice of Hearing On Motion to Convert Case to Chapter 7, Or In the Alternative, for Dismissal with Refiling Bar

Case: 22-50314    Doc# 59    Filed: 06/09/22    Entered: 06/09/22 09:44:58    Page 3 of 3