| | |
|---|---|
| 1 | **LAW OFFICE OF WAYNE A. SILVER** |
| 2 | Wayne A. Silver (108135) |
| | 643 Bair Island Road, |
| 3 | Suite 403 |
| | Redwood City, CA 94063 |
| 4 | Phone: (650) 282-5970 |
| 5 | Fax:  (650) 282-5980 |
| | Email: ws@waynesilverlaw.com |
| 6 | *Attorney for KENNETH Y. KAI and* |
| 7 | *TAE K. KAI, Trustees of the Kai Family 1998 Trust* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

HAWAIIAN RIVERBEND, LLC,

    Debtor.

Case No.: 22-50314-SLJ
Chapter 11 (Sub-Chapter V)

Date: June 21, 2022
Time: 2:00 p.m.
Court: Hon. Steven L. Johnson
**\*\*\* Hearing to be conducted by Telephone or Video Conference**

## NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, FOR DISMISSAL WITH REFILING BAR

TO:   HAWAIIAN RIVERBEND, LLC, AND ALL PARTIES AND COUNSEL WHO HAVE APPEARED HEREIN:

**PLEASE TAKE NOTICE** that a hearing will be held on **June 21, 2022 at 2:00 p.m.** before the Honorable Steven L. Johnson, United States Bankruptcy Judge, **via telephone or video conference only,** on the motion of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust, to convert this Chapter 11 Bankruptcy Case to Chapter 7, or in the alternative, to dismiss the Bankruptcy Case with a refiling bar of two (2) years ("Motion"). This Notice is provided in compliance with the attached Order Shortening Time, **which requires any opposition to the Motion to be filed and served on or before June 16, 2022.**

**PLEASE TAKE FURTHER NOTICE** that per the Court's Eighth Amended General Order 38, all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Information regarding Clerk's office Intake Counter hours of public operation, the electronic submission of documents, mailing addresses and the location of drop-boxes is available on the Court's website home page under the banner "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations."

https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak.

Dated: June 9, 2022

/s/ *Wayne A. Silver*
Wayne A. Silver, attorney for *KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust*

Entered on Docket
June 09, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: June 9, 2022

*Stephen Johnson*

Stephen L. Johnson
U.S. Bankruptcy Judge

LAW OFFICE OF WAYNE A. SILVER
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:  (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

HAWAIIAN RIVERBEND, LLC,

    Debtor.

Case No.: 22-50314-SLJ
Chapter 11 (Sub-Chapter V)

Date:    June 21, 2022
Time:   2:00 p.m.
Court:  Hon. Steven L. Johnson
         ***Hearing to be conducted by Telephone or Video Conference**

**ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, FOR <u>DISMISSAL WITH REFILING BAR</u>**

The Court has read and considered the Application for an order shortening time ("<u>Application</u>") of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust ("<u>Kai</u>"), secured creditors and interested parties in the above-captioned Case No.: 22-50314-SLJ ("<u>Bankruptcy Case</u>") of HAWAIIAN RIVERBEND, LLC ("<u>HR LLC</u>"), the Debtor in this Bankruptcy Case. The Application seeks an order shortening time under Bankruptcy Local Rule ("BLR") 9006-1(c) for notice of the hearing on the Kai motion to convert this Chapter 11 Bankruptcy Case to Chapter 7, or in the alternative, to dismiss the Bankruptcy Case with a refiling bar of two (2) years ("<u>Motion</u>").

Good cause appearing, the Motion having been filed and served on June 6, 2022, notice of

Page - 1

Order Shortening Time for Notice of Hearing On Motion to Convert Case to Chapter 7, Or In the Alternative, for Dismissal with Refiling Bar

1  the Application having been reasonable under the circumstances, the Application is GRANTED as
2  follows:
3         1.     The Court will hear the Motion on June 21, 2022, at 2:00 p.m. via remote appearance.
4         2.     Notice of the hearing with a copy of this Order shall be served within 24 hours after
5  this Order Shortening Time has been docketed.
6         3.     Service on HR LLC shall be made to Michael Miroyan via email to:
7  mac8881@me.com, and by CM/ECF to all parties entitled to electronic notice, and by regular mail to
8  HR LLC at the address on the Court Docket, which is HAWAIIAN RIVERBEND, LLC, 620 Vasona
9  Ave., Los Gatos, CA 95032.
10        4.     Any written opposition to the Motion must be filed and served on or before June 16,
11 2022.

*** END OF ORDER ***

Page - 2

Order Shortening Time for Notice of Hearing On Motion to Convert Case to Chapter 7, Or In the Alternative, for Dismissal with Refiling Bar

Case: 22-50314    Doc# 62    Filed: 06/09/22    Entered: 06/09/22 04:54:53    Page 4 of 5

Court Service List

HAWAIIAN RIVERBEND, LLC
620 Vasona Ave.
Los Gatos, CA 95032