

The following constitutes the order of the Court.
Signed: July 20, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 22-50314 SLJ |
| **HAWAIIAN RIVERBEND, LLC**, | Chapter 11 |
| Debtor. | |

### ORDER GRANTING REQUEST FOR EXTENSION

On June 21, 2022, I held a hearing on Creditors Kenneth and Tae Kai's motion to convert the above-captioned bankruptcy case to Chapter 7. ECF 51. At the hearing I noted possible issues with Creditors' service on Debtor and its principal Michael Miroyan and directed Creditors to reserve the motion to convert on Debtor and Miroyan by July 1, 2022.[1] I also set a July 18, 2022 deadline for Debtor to hire new counsel and respond to the motion and a July 25, 2022 deadline for Creditors to reply to such response.

But on July 18, 2022, Debtor, through Miroyan, requested an extension to July 25, 2022 to respond to Creditors' motion. ECF 67. That request includes correspondence from Miroyan that purports to describe an argument between Miroyan and Debtor's new counsel

---

[1] Creditors did so. ECF 66.

ORDER GRANTING REQUEST FOR EXTENSION 1/3

that resulted in a breakdown of the attorney-client relationship. Miroyan now says he needs additional time to engage Debtor's third counsel in this case and respond to the motion.

I have previously explained that Miroyan cannot file documents on behalf of Debtor in this case. But while this makes Debtor's request defective, in the interests of granting Debtor a full and fair opportunity to oppose Creditors' motion I will grant the request and extend the deadline to respond as Debtor – through Miroyan – requests. That said, I will not grant any further requests should they be made by Miroyan and not counsel for Debtor.

Accordingly, it is hereby ordered that the deadline for Debtor to respond to Creditors' motion to convert be extended to **July 25, 2022**. The deadline for Creditors to reply to such response is extended to **August 1, 2022**. No response or surreply is authorized following Creditors' filing and anything filed after that date in this connection will be stricken.

**The hearing date of August 2, 2022, at 2:00 p.m. is hereby vacated.** No appearances are required on that date. After the relevant submissions have been made (by August 1, 2022), I will take the matter under submission and issue a written decision in due course.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

ORDER GRANTING REQUEST FOR EXTENSION 2/3

Case: 22-50314    Doc# 68    Filed: 07/20/22    Entered: 07/20/22 13:36:41    Page 2 of 3

**COURT SERVICE LIST**

U.S. Mail:
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 95070

Hawaiian Riverbend, LLC
c/o Michael Miroyan
620 Vasona Ave
Los Gatos, CA 95032

[ECF recipients]