**Entered on Docket**
**July 29, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 29, 2022

*[signature]*

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re <br><br> **HAWAIIAN RIVERBEND, LLC**, <br><br> Debtor. | Case No. 22-50314 SLJ <br><br> Chapter 11 |

## ORDER VACATING HEARINGS

A hearing on my Order to Show Cause, ECF 46, and a status conference in this case are both set for August 2, 2022 at 2:00 p.m. I also granted Debtor an extension of time to respond to a pending motion to convert or dismiss this case, ECF 51, 68, to July 25, 2022, but as of the date of this order Debtor has not filed a response. Nor has Debtor sought another extension. I conclude this means Debtor has declined to respond to the motion and that no further filings from the movant are necessary to decide it. I also conclude there would be no benefit to case administration by holding those hearings.

Accordingly, it is hereby ordered that the pending motion to dismiss or convert this case is taken under submission. I will issue a decision on it in due course. It is further ordered that all hearings in this case currently set for August 2, 2022 at 2:00 p.m. be vacated. No appearances are necessary at that date and time.

ORDER VACATING HEARINGS  1/3

1. IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

U.S. Mail:
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 95070

Hawaiian Riverbend, LLC
c/o Michael Miroyan
620 Vasona Ave
Los Gatos, CA 95032

[ECF recipients]