MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Former Counsel for Debtor,
Hawaiian Riverbend, LLC

<div align="center">

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

</div>

| | |
|---|---|
| In re:<br><br>Hawaiian Riverbend, LLC,<br><br><div align="right">Debtor.</div> | CASE NO.: 22-bk-50314<br><br>Chapter 11<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**<br><br>Date:    October 18, 2022<br>Time:    1:30 p.m.<br>Place:    United States Courthouse, Courtroom 11<br>Via Tele/Videoconference,<br>www.canb.uscourts.gov/calendars<br>280 South First Street<br>San Jose, CA 95113-3099<br><br>Judge:  Hon. M. Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

///

<div align="center">

1

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

</div>

The Law Offices of Michael Jay Berger ("Applicant") hereby applies to this Court (the "Application") for an order allowing and approving compensation for legal services rendered and reimbursement for expenses incurred as general bankruptcy counsel for Hawaiian Riverbend, LLC (the "Debtor"), debtor herein, during the period of April 15, 2022 through June 8, 2022 (the "Application Period"). Filed concurrently herewith is the Declaration of Michael Jay Berger (the "Berger Declaration") in support of the Application.

The Applicant has reviewed and the following information is supplied in conformity with United States Bankruptcy Court, Northern District of California, and the guidelines of the Office of the United States Trustee ("OUST").

## I.  SUMMARY OF APPLICATION

1. Applicant:  Law Offices of Michael Jay Berger.

2. Type of Service Rendered: General Bankruptcy Counsel.

3. Date of Filing Chapter 11:  April 14, 2022.

4. Date of Entry of Order Approving Applicant's Employment:  Pending Approval.

5. Date of Filing of Last Application for Compensation and/or Reimbursement of Expenses: None.

6. Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Application): $1,721.50 pre-petition fees and $1,738.00 Chapter 11 filing fee.

    **(i)**  **Prepetition Fees and Costs**

    a. Applicant's actual pre-petition fees and costs incurred were deemed fully earned as of the filing of the petition and we withdrawn from the Application's client trust account immediately prior to the filing of the Debtor' bankruptcy petition as payment for the pre-petition work done by Applicant. Applicant's actual pre-petition fees were $1,721.50. Applicant's actual pre-petition costs were the $1,738.00 Chapter 11 filing fee.

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 2 of 70

Applicant's prepetition fees and costs were disclosed in Applicant's Employment Application filed on May 10, 2022 [Case Dkts # 24, 25 and 26]. The Order granting Applicant's Employment Application has not yet been entered[1]. The unearned retainer of $18,278.50 has been maintained in Applicant's Client Trust account until court authorization is obtained pursuant to 11 U.S.C. § 330.

(ii) **<u>Chapter 11 Retainer</u>**

    a. <u>Retainer Received</u>: $20,000. Applicant received a total retainer of $20,000.00. On April 14, 2022, Applicant was paid the $20,000.00 retainer plus the $1,738.00 Chapter 11 filing fee; $10,000 was paid by Michael H. Miroyan, the Debtor's principal, and the remaining $10,000 retainer plus the filing fee of $1,738.00 was paid by Harold Barker. Neither Mr. Miroyan nor Mr. Barker are creditors of the Debtor and made these payments as gift contributions to the Debtor, for which no repayment will be sought.

    b. <u>Retainer Remaining</u>: $18,278.50. Pursuant to the written fee agreement between Applicant and the Debtor, as approved by this Court, the sum of Applicant's actual pre-petition fees of $1,721.50 and Applicant's actual pre-petition costs of $1,738.00 Chapter 11 filing fee were earned by Applicant prior to Applicant's representation in the Debtor's bankruptcy case.

    c. <u>Total Requested in Prior Applications</u>: None.

    d. <u>Total Paid Pursuant to Prior Applications</u>: None.

---

[1] On June 7, 2022, the Court held a hearing on Applicant's Employment Application. The case docket indicates the matter is taken under submission. On June 3, 2022, Applicant lodged a proposed order and has been following up with the Court, but the Order has not yet been entered by this Court.

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 3 of 70

e. Total Amount Currently Due but Unpaid Pursuant to Prior Approved Applications: None.

f. Total Amount Allowed but Reserved Pending Final Fee Application: None.

7. Summary of Requested Fees in this Application: *See* chart in Section VI, *infra*.

8. The hourly rates set forth in Exhibit "7" for Applicant's various professionals who recorded time during the Application Period are the same rates charged by such professionals for non-bankruptcy services.

9. Bonus requested: Not applicable.

10. Total Post-Petition Fees Requested in Application: $24,175.50.

11. Total Expenses Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $1,738.00 for the Chapter 11 filing fee.

12. Summary of Requested Expense Reimbursement: *See* Exhibit "8" hereto.

13. Total Post-Petition Expenses Requested in this Application: $314.39.

14. Total Award of Fees and Expenses Requested: $24,489.89.

II. **INTRODUCTION AND BACKGROUND**

Hawaiian Riverbend, LLC debtor (the "Debtor") filed its petition under Chapter 11 of the Bankruptcy Code on April 14, 2022 (the "Petition Date").

Debtor filed this Chapter 11 bankruptcy case in order to stop a foreclosure on its real property located in Wai Koloa Village, HI.

III. **SIGNIFICANT EVENTS DURING THE APPLICATION PERIOD**

During the Application Period, Applicant filed Debtor's schedules and spent the necessary time preparing the 7-day package for the OUST, represented the Debtor at the Initial Debtor Interview, and the initial status hearing, as well as prepared the Motion to Employ Applicant as General Bankruptcy Counsel.

On April 14, 2022, Applicant filed a voluntary chapter 11 petition on behalf of the Debtor. Post-petition services commenced on April 15, 2022.

On April 28, 2022, Applicant filed Debtor's Schedules and Statement of Financial Affairs [docket no.: 22].

On May 10, 2022, Applicant filed Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel ("Employment Application") [docket nos.: 24, 25 and 26]. On May 18, 2022, Creditor Kenneth Y. Kai, and Tae K. Kai of the Kai Family 1998 Trust filed an Opposition to the Employment Application [docket no. 34]. On May 31, 2021, Debtor's counsel filed a Reply to the Kai Family 1998 Trust Opposition to the Employment Application [docket no.: 41]. On May 31, 2022, the United States Trustee filed an Objection to the Employment Application [docket no.: 42]. On June 1, 2022, Debtor's counsel filed his Reply to the United States Trustee's Objection to the Employment Application [docket no.: 43].

On May 10, 2022, Applicant filed his Motion to Withdraw as Attorney [docket no.: 28].

On May 27, 2022, Applicant filed Debtor's Amended Voluntary Petition [docket no.: 38] and Amended Schedule E/F [docket no.: 39].

On June 2, 2022, the Court entered its Order to Show Cause regarding Dismissal of the case [docket no.: 46].

On June 3, 2022, Applicant filed Debtor's Application for Order Approving Designation of Michael Miroyan as Responsible Individual Pursuant to Bankruptcy Local Rule 4002-1 [docket no.: 47].

On June 6, 2022, Applicant filed Debtor's Response to Order to Show Cause Re Dismissal; Declaration of Michael Jay Berger in Support Thereof [docket no.: 53].

On June 8, 2022, the Court entered its Order Granting Debtor's Counsel's Motion To Withdraw [docket no.: 57].

## IV. RETENTION OF APPLICANT

The Debtor selected Applicant because of Applicant's extensive experience and knowledge in the field of bankruptcy. Debtor selected Applicant because he is a certified

5

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 5 of 70

bankruptcy specialist and because of his reputation and track record for confirming chapter 11 plans of reorganization.

Prior to the Petition Date, the Debtor retained Applicant to prepare the petition and to advise the Debtor on preparations for commencing this chapter 11 case. The terms of Applicant's retention provide that it will be compensated for its services on the basis of hourly billings, subject to Court approval. There is no agreement or understanding between Applicant and any other person for the sharing of compensation or other proceeds for the services rendered in this case.

Applicant received a total retainer of $20,000.00. On April 14, 2022, Applicant was paid the $20,000.00 retainer plus the $1,738.00 Chapter 11 filing fee; $10,000 was paid by Michael H. Miroyan, the Debtor's principal, and the remaining $10,000 retainer plus the filing fee of $1,738.00 was paid by Harold Barker. Neither Mr. Miroyan nor Mr. Barker are creditors of the Debtor and made these payments as gift contributions to the Debtor, for which no repayment will be sought. Pursuant to the written fee agreement between Applicant and the Debtor, the sum of Applicant's actual pre-petition fees of $1,721.50 and Applicant's actual pre-petition costs of $1,738.00 Chapter 11 filing fee were earned by Applicant prior to Applicant's representation in the Debtor's bankruptcy case. The unearned retained of $18,278.50 has been maintained in Applicant's Client Trust account.

## V. REQUEST FOR APPROVAL AND PAYMENT OF ALL FEES AND EXPENSES FOR THE APPLICATION PERIOD

With this Application, Applicant requests allowance and payment of fees in the amount of $24,175.50 consisting of 55.5 total hours of which 51.0 hours are billed time and 4.5 hours are unbilled time. Applicant also requests allowance and payment of $314.39 for costs and expenses incurred over the Application Period. This time is reflected in the total hours set forth in Section VI, below.

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Pursuant to the Bankruptcy Local Rules, a brief narrative of the present posture of this case is contained herein. A detailed listing of all time spent by attorneys and paraprofessionals is set forth in Exhibits "1" through "6" to the Berger Declaration pursuant to Bankruptcy Local Rules. Exhibits "1" through "6" show the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered. All services performed by Applicant professionals were recorded in time increments of one-tenth (0.1) of an hour. All services performed by Applicant paralegals, legal assistants and professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys. Attached to the Berger Declaration as Exhibit "7" is a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with their billing rates, total hours expended and total fees billed.

All expenses, which include all out-of-pocket expenses incurred by Applicant for all matters on behalf of the Debtor during the Application Period, organized by category of expense, are contained in Exhibit "8" to the Berger Declaration, pursuant to LBR 2016-1(a)(1)(F). Applicant has made every effort to limit the expenses and to use the most economically-efficient means available for accomplishing the tasks for which expenses were incurred. Expenses for court costs, outside copy costs, computerized legal research, express delivery, travel, and courier services are billed at actual costs. Applicant does not bill for long-distance telephone calls. Photocopies are generally made in-house and the charges are billed at $.10 per page. The charges reflect a reasonable estimate of the per page cost to the Applicant of in-house copying, and do not include any charge for the time and labor associated with making such copies. The use of email has been significant in this case, which has greatly reduced the cost of facsimile and long distance telephone use. Courier, overnight and facsimile services were necessary when regular mail would not be adequate to complete the task in a timely manner.

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

## VI. MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION OF SERVICES RENDERED DURING THE APPLICATION PERIOD

Pursuant to the Guidelines of the OUST, Applicant has segregated its time and expenses into the following categories:

| Matter Name and Number | # of Hours Worked | Amount of Fees |
|---|---|---|
| Business Operations | 1.5 | $397.50 |
| Case Administration | 38.1 | $16,356.50 |
| Claims Administration and Objections | 1.0 | $471.00 |
| Fee/Employment Applications | 10.9 | $4,900.50 |
| Meeting of Creditors | 3.4 | $1,693.00 |
| Relief from Stay | 0.6 | $357.00 |
| *TOTAL HOURS* | **55.5** | |
| *TOTAL HOURS NOT BILLED* | **4.5** | |
| **TOTAL HOURS BILLED** | **51.0** | **$24,489.89** |

Set out below is a narrative explanation, pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1, of the services performed by Applicant during the Application Period. No narrative is provided for those matters where no fees were incurred during the Application Period.

A.    Business Operations

**Hours Worked:    1.5**              **Fees: $397.50**

Applicant recorded time for advising Debtor regarding various tax, land use and insurance issues.

B.    Case Administration

**Hours Worked:    38.1**              **Fees: $16,356.50**

Applicant recorded time under this category for services related to the general administration of the Debtor's case. Applicant worked closely with the Debtor to file and prepare the Schedules of Assets and Liabilities and Statement of Financial Affairs in accordance with the applicable Federal and Local Rules, as well as responding to requests

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

from the OUST and preparing the Debtor's 7-day package. Applicant assisted the Debtor with opening the Debtor-in-Possession accounts. This category also includes time expended by Applicant for Chapter 11 Initial Reporting Requirements, or performing analysis for issues which cut across multiple time categories. Applicant also recorded time under this category to respond to the Court's Order to Show Cause and Applicant's Motion to Withdraw as General Bankruptcy Counsel.

C.     Claims Administration and Objections

**Hours Worked:     1.0          Fees: $471.00**

Applicant recorded time under this category for reviewing proofs of claim.

D.     Fee/Employment Applications

**Hours Worked:     10.9          Fees: $4,900.50**

Applicant recorded time under this category for services related to the preparation of the Applicant's Application to be employed as General Bankruptcy Counsel, preparing responses to the Objections of the U.S. Trustee and Creditor Kai Family 1998 Trust, and preparing supplemental declarations regarding the source of payment of the retainer to Applicant.

E.     Meeting of Creditors

**Hours Worked:     3.4          Fees: $1,693.00**

Applicant recorded time under this category for services related to Debtor's Meeting of Creditors.

F.     Relief from Stay

**Hours Worked:     0.6          Fees: $357.00**

Applicant recorded time under this category for services related to violation of the automatic stay re Moon case.

///

///

Case: 22-50314     Doc# 83     Filed: 08/26/22     Entered: 08/26/22 16:59:46     Page 9 of 70

# VII. FACTORS RELEVANT IN DETERMINING THE ALLOWANCE OF FEES

A. <u>Legal Standard</u>

Bankruptcy Code Section 330 authorizes compensation for professionals rendering services in connection with a bankruptcy case. The responsibility for determining reasonable compensation under Section 330 for services rendered to the estate rests with the bankruptcy court and the court's decision is final unless there is an abuse of discretion. *In re Nucorp Energy, Inc.*, 764 F.2d 655, 657 (9th Cir. 1985). Bankruptcy Code Section 330 requires that the compensation awarded be "for actual, necessary services" taking into account the time spent on such services, the rates charged, and the value of the services rendered. 11 U.S.C. §330(a)(1)(3).

Prior to the enactment of the Bankruptcy Code, the Ninth Circuit followed the judicially created "strict rule of economy" doctrine. *See In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir. 1981), *cert. denied*, 456 U.S. 977 (1982). Bankruptcy Code Section 330 was enacted to overrule this doctrine, and to ensure adequate compensation for bankruptcy attorneys so that qualified specialists would not be forced to abandon the practice of bankruptcy law in favor of more remunerative areas. *In re Nucorp Energy, Inc.*, supra, 764 F.2d at 658; *In re Powerline Oil Co.*, 71 B.R. 767, 770 (9th Cir. BAP 1986).

In the case of *In re Yermakov*, 718 F.2d 1465 (9th Cir. 1983), the Ninth Circuit discussed the test to be used to calculate a reasonable attorney fee beyond the factors listed in Bankruptcy code Section 330. The Court stated that, "the primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id.* at 1471. This method has been referred to as the "lodestar" or basic fee test, which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in *Yermakov* made specific reference to *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), where the Court of Appeals

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 10 of 70

for the Firth Circuit listed twelve factors that should be considered in awarding attorneys' fees. These so-called "Johnson factors" have been referred to and utilized by many courts throughout the country in determining and awarding fees in bankruptcy cases. *See, e.g., Powerline Oil Co., supra,* 71 B.R. at 771, and cases cited therein. These factors include, among others: the time and labor required; the novelty and difficulty of the questions involved; the skill required to perform the legal services properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; the amount involved, and the results obtained; the experience, reputation and the ability of the attorneys; the undesirability of the case; and awards in similar cases.

The Ninth Circuit Bankruptcy Appellate Panel has concluded that the "loadstar" approach coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in determining and awarding professional fees in a bankruptcy case. *Powerline Oil Co., supra,* 71 B.R. at 771; *see also In re Mednet,* 251 B.R. 103, 108 (9th Cir. BAP 2000). In this Application, Applicant is not seeking any upward adjustment in the "loadstar" approach to its request for compensation. The requested fees are the product of the number of hours expended by Applicant's professionals in representing the interests of the Debtor multiplied by their respective hourly rates.

    B.    <u>Application of the Lodestar and Applicable Johnson Factors</u>

        1.    *Time Spent*

Applicant's time records, copies of which are attached to the Berger Declaration as Exhibits "1" through "6", demonstrate that during the Application Period, Applicant spent a total of 51.0 billed hours and 4.5 unbilled hours representing the Debtor. Applicant submits that his time records demonstrate that all of the time spent was reasonable and necessary for the adequate representation of the Debtor in connection with the matters for which Applicant was employed.

        2.    *Customary Fee for Comparable Services*

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Bankruptcy Code Section 330 requires that the bankruptcy court award fees in bankruptcy cases based upon the costs of similar services rendered in non-bankruptcy cases. This requirement is a departure from prior law governing the allowance of compensation. The drafters of the Bankruptcy Code abandoned the notions of conservation of the estate and economy of administration which were pivotal concepts in assessing compensation under the prior Bankruptcy Act. Rather, Congress attempted to attract bankruptcy law specialists to make the adjudication of bankruptcy cases more efficient. This change "was based on the fundamental economic principle that the payment of arbitrarily lower rates to lawyers in bankruptcy proceedings compared to market-established rates for non-bankruptcy legal service would cause attorneys to leave bankruptcy practice or to refrain from entering bankruptcy practice. An inherent risk in this system… is that creditors would have to absorb the costs of improper and inefficient administration." 3 COLLIER ON BANKRUPTCY, 330.04[6][a] at 330-59 (Alan N. Resnick and Henry J. Sommer, eds., 15th ed. Rev. 2008).

The Applicant's summary of services rendered, attached hereto as Exhibit "7" pursuant to Local Bankruptcy Rule 2016-1 (a)(1)(G), depicts the hourly rates charged by the Applicant's professionals, as well as the actual time spent by each professional for the services provided in this case. The Applicant submits that these rates are identical to the rates the Applicant charges its non-bankruptcy clients.

3. *The Experience, Reputation and Ability of the Attorneys Involved*

The qualifications of the attorneys and paraprofessionals performing services on behalf of the Debtor are set forth in Exhibits "9" and "10", attached to the Berger Declaration. The Applicant believes that each of the persons listed on Exhibits "9" and "10" are highly qualified to perform the services rendered on the Debtor's behalf and have billing rates commensurate with similarly qualified attorneys and paraprofessionals. The Applicant submits that it has a well-earned reputation for providing high quality legal services in each of legal arenas in which it practices. As noted on Exhibit "9",

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 12 of 70

Michael Jay Berger is a Certified Legal Specialist in Bankruptcy Law and is an "AV" rated lawyer as rated by Martindale Hubbell, and has maintained this rating continuously for the past 27 years.

C.    The Applicant Should be Compensated for All of its Fees

Pursuant to Section 330 of the Bankruptcy Code, the Court may award to a professional person, reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred. 11 U.S.C. §330(a).  As set forth above, the fees that the Applicant requests compensation and the expenses for which the Applicant requests reimbursement are for actual and necessary services rendered and expenses incurred.

The Applicant submits that full compensation of fees and reimbursement of expenses requested in this Application pursuant to Bankruptcy Code Section 330 is appropriate.  Authorizing full payment is also consistent with the priority scheme of the Bankruptcy Code, which contemplates administrative claims having priority over general unsecured claims.  Thus, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full.

Further, Bankruptcy Code Section 331 was enacted to allow professionals to be compensated, on an interim basis, throughout the pendency of the case.  Bankruptcy Code Section 331 provides in relevant part as follows:

> …any professional person…may apply to the court no more than once every 120 days after an order for relief under a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under Section 330 of this title.  After notice and a hearing, the court may allow and disburse to such applicant such compensation and reimbursement.

11 U.S.C. §331.  As enacted, the Bankruptcy Code expresses a strong legislative preference that attorneys should be awarded full compensation.  Congress drafted Section 331 to allow a Debtor's attorneys to receive compensation during the case, instead of being required to wait until the end of the case, which in some instances might be years

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 13 of
70

away.  H.R. Rep. No. 95-595, 95th Cong., 1st Session. 330 (1997).  Authorizing full payment is also consistent with the priority scheme of the Bankruptcy Code which contemplates administrative claims having priority over general unsecured claims.  The Applicant submits that interim compensation pursuant to Bankruptcy Code Section 331 is appropriate.

In view of the strongly expressed legislative intent and the priority requirement of the Bankruptcy Code, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full on a final basis.

## VIII.  SOURCES OF PAYMENT OF ALLOWED FEES AND EXPENSES

Applicant received a total retainer of $20,000.00. The sum of Applicant's actual pre-petition fees of $1,721.50 and Applicant's actual pre-petition costs of $1,738.00. The unearned retained of $18,278.50 has been maintained in Applicant's Client Trust account. Applicant's current outstanding fees are $24,175.50 and costs are $314.39, which total $24,489.89.  Applicant seeks to draw down on the retainer currently being held in Applicant's Client Trust Account.

## IX.    CONCLUSION

WHEREFORE, Applicant requests this Court enter an order as follows:

1.      Approving the Application of Applicant and awarding on a first and final basis, compensation of fees of $24,175.50, and reimbursement of costs of $324.29, for a total of $24,489.89;

2.      Immediately upon entry of this order, Applicant is authorized to draw down on the remaining retainer being held by Applicant in his Client Trust Account in the amount of $18,278.50;

3.      Applicant will waive the remaining $6,211.39 owed by Debtor; and

///

///

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

4.      Granting such other and further relief as is just and proper.

Dated: 8/25/2022         **LAW OFFICES OF MICHAEL JAY BERGER**

By: _____

Michael Jay Berger
Former Counsel for Debtor
Hawaiian Riverbend, LLC

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1.      I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      This declaration is provided in support of the Applicant's first interim application for allowance of compensation and reimbursement of expenses filed concurrently with this declaration (the "Application").

3.      I have reviewed the Application and the information is supplied in conformity with United States Bankruptcy Court, Northern District of California, and the guidelines of the Office of the United States Trustee ("OUST").

4.      The First and Final Application for Compensation and Reimbursement of Expenses ("Application") submitted by myself (the "Applicant") is for the period of April 15, 2022 through June 8, 2022 (the "Application Period").

5.      By way of the Application, the Applicant seeks an order of the Court granting interim approval and allowance of compensation totaling $24,175.50 and expense reimbursement totaling $314.39, for a total award of fees and expenses totaling $24,489.89, and granting any further relief as deemed just and proper.

6.      Debtors' case was filed on April 14, 2022.

7.      Applicant received a total retainer of $20,000.00. On April 14, 2022, Applicant was paid the $20,000.00 retainer plus the $1,738.00 Chapter 11 filing fee;

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

$10,000 was paid by Michael H. Miroyan, the Debtor's principal, and the remaining $10,000 retainer plus the filing fee of $1,738.00 was paid by Harold Barker. Neither Mr. Miroyan nor Mr. Barker are creditors of the Debtor and made these payments as gift contributions to the Debtor, for which no repayment will be sought.

8. Pursuant to the written fee agreement between Applicant and the Debtor, the sum of Applicant's actual pre-petition fees of $1,721.50 and Applicant's actual pre-petition costs of $1,738.00 Chapter 11 filing fee were earned by Applicant prior to Applicant's representation in the Debtor's bankruptcy case. The remaining prepetition retainer is $18,278.50.

9. Applicant's actual pre-petition fees and costs incurred were deemed fully earned as of the filing of the petition and we withdrawn from the Application's client trust account immediately prior to the filing of the Debtors' bankruptcy petition as payment for the pre-petition work done by Applicant. Applicant's actual pre-petition fees were $1,721.50. Applicant's actual pre-petition costs were the $1,738.00 Chapter 11 filing fee. Applicant's prepetition fees and costs were disclosed in Applicant's Employment Application filed on May 10, 2022 [Case Dkts # 24, 25 and 26], which is still pending before this Court. The unearned retainer of $18,278.50 has been maintained in Applicant's Client Trust account until court authorization is obtained pursuant to 11 U.S.C. § 330.

## SIGNIFICANT EVENTS DURING THE APPLICATION PERIOD

10. During the Application Period, Applicant filed Debtor's schedules and spent the necessary time preparing the 7-day package for the OUST, represented the

2

Debtors at the Initial Debtor Interview, and the initial status hearing, as well as prepared the Motion to Employ Applicant as General Bankruptcy Counsel.

11.    On April 14, 2022, Applicant filed a voluntary chapter 11 petition on behalf of the Debtor. Post-petition services commenced on April 15, 2022.

12.    On April 28, 2022, Applicant filed Debtor's Schedules and Statement of Financial Affairs [docket no.: 22].

13.    On May 10, 2022, Applicant filed Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel ("Employment Application") [docket nos.: 24, 25 and 26]. On May 18, 2022, Creditor Kenneth Y. Kai, and Tae K. Kai of the Kai Family 1998 Trust filed an Opposition to the Employment Application [docket no. 34]. On May 31, 2021, Debtor's counsel filed a Reply to the Kai Family 1998 Trust Opposition to the Employment Application [docket no.: 41]. On May 31, 2022, the United States Trustee filed an Objection to the Employment Application [docket no.: 42]. On June 1, 2022, Debtor's counsel filed his Reply to the United States Trustee's Objection to the Employment Application [docket no.: 43].

14.    On May 10, 2022, Applicant filed his Motion to Withdraw as Attorney [docket no.: 28].

15.    On May 27, 2022, Applicant filed Debtor's Amended Voluntary Petition [docket no.: 38] and Amended Schedule E/F [docket no.: 39].

16.    On June 2, 2022, the Court entered its Order to Show Cause regarding Dismissal of the case [docket no.: 46].

3

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

17.     On June 3, 2022, Applicant filed Debtor's Application for Order Approving

Designation of Michael Miroyan as Responsible Individual Pursuant to Bankruptcy Local

Rule 4002-1 [docket no.: 47].

18.     On June 6, 2022, Applicant filed Debtor's Response to Order to Show

Cause Re Dismissal; Declaration of Michael Jay Berger in Support Thereof [docket no.:

53].

19.     On June 8, 2022, the Court entered its Order Granting Debtor's Counsel's

Motion To Withdraw [docket no.: 57].

## RETENTION OF APPLICANT

20.     The Debtors selected Applicant because of Applicant's extensive

experience and knowledge in the field of bankruptcy.  Debtors' selected Applicant

because he is a certified bankruptcy specialist and because of his reputation and track

record for confirming chapter 11 plans of reorganization.

21.     Prior to the Petition Date, the Debtors retained Applicant to prepare the

petition and to advise the Debtors on preparations for commencing this chapter 11 case.

The terms of Applicant's retention provide that it will be compensated for its services on

the basis of hourly billings, subject to Court approval.  There is no agreement or

understanding between Applicant and any other person for the sharing of compensation

or other proceeds for the services rendered in this case.

///

///

///

## REQUEST FOR APPROVAL AND PAYMENT OF ALL FEES AND EXPENSES FOR THE APPLICATION PERIOD

22.    With this Application, Applicant requests allowance and payment of fees in the amount of $24,175.50 consisting of 55.5 total hours of which 51.0 hours are billed time and 4.5 hours are unbilled time. Applicant also requests allowance and payment of $314.39 for costs and expenses incurred over the Application Period.

23.    A detailed listing of all time spent by attorneys and paraprofessionals is set forth in **Exhibits "1"** through **"6." Exhibits "1"** through **"6"** show the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered.  All services performed by Applicant professionals were recorded in time increments of one-tenth (0.1) of an hour.  All services performed by Applicant paralegals, legal assistants and professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys.   **Exhibit "7"** is a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with their billing rates, total hours expended and total fees billed.

24.    All expenses, which include all out-of-pocket expenses incurred by Applicant for all matters on behalf of the Debtors during the Application Period, organized by category of expense, are contained in **Exhibit "8."**  Applicant has made every effort to limit the expenses and to use the most economically-efficient means available for accomplishing the tasks for which expenses were incurred.  Expenses for

court costs, outside copy costs, computerized legal research, express delivery, travel, and courier services are billed at actual costs. Applicant does not bill for long-distance telephone calls. Photocopies are generally made in-house and the charges are billed at $.10 per page. The charges reflect a reasonable estimate of the per page cost to the Applicant of in-house copying, and do not include any charge for the time and labor associated with making such copies. The use of email has been significant in this case, which has greatly reduced the cost of facsimile and long distance telephone use. Courier, overnight and facsimile services were necessary when regular mail would not be adequate to complete the task in a timely manner.

## MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION OF SERVICES RENDERED DURING THE APPLICATION PERIOD

25.     Pursuant to the Guidelines of the OUST, Applicant has segregated its time and expenses into the following categories:

| Matter Name and Number | # of Hours Worked | Amount of Fees |
|---|---|---|
| Business Operations | 1.5 | $397.50 |
| Case Administration | 38.1 | $16,356.50 |
| Claims Administration and Objections | 1.0 | $471.00 |
| Fee/Employment Applications | 10.9 | $4,900.50 |
| Meeting of Creditors | 3.4 | $1,693.00 |
| Relief from Stay | 0.6 | $357.00 |
| *TOTAL HOURS* | **55.5** | |
| *TOTAL HOURS NOT BILLED* | **4.5** | |
| **TOTAL HOURS BILLED** | **51.0** | **$24,489.89** |

26.     Set out below is a narrative explanation of the services performed by Applicant during the Application Period. No narrative is provided for those matters where no fees were incurred during the Application Period.

6

A.      Business Operations

**Hours Worked:**      **1.5**

**Fees:**               **$397.50**

**Blended Rate:**       **$265.00**

Applicant recorded time for advising Debtor regarding various tax, land use and insurance issues. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "1."**

B.      Case Administration

**Hours Worked:**      **38.1**

**Fees:**               **$16,356.50**

**Blended Rate:**       **$429.31**

Applicant recorded time under this category for services related to the general administration of the Debtor's case. Applicant worked closely with the Debtor to file and prepare the bankruptcy Schedules of Assets and Liabilities and Statement of Financial Affairs in accordance with the applicable Federal and Local Rules, as well as responding to requests from the OUST and preparing the Debtor's 7-day package. Applicant assisted the Debtor with opening the Debtor-in-Possession accounts. This category also includes time expended by Applicant for Chapter 11 Initial Reporting Requirements, or performing analysis for issues which cut across multiple time categories. Applicant also recorded time under this category to respond to the Court's Order to Show Cause and Applicant's Motion to Withdraw as General Bankruptcy Counsel. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "2."**

///

///

///

///

///

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

C.     Claims Administration and Objections

**Hours Worked:**     **1.0**

**Fees:**                      **$471.00**

**Blended Rate:**     **$471.00**

Applicant recorded time under this category for reviewing proofs of claim. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "3."**

D.     Fee/Employment Applications

**Hours Worked:**     **10.9**

**Fees:**                      **$4,900.50**

**Blended Rate:**     **$449.59**

Applicant recorded time under this category for services related to the preparation of the Applicant's Application to be employed as General Bankruptcy Counsel, preparing responses to the Objections of the U.S. Trustee and Creditor Kai Family 1998 Trust, and preparing supplemental declarations regarding the source of payment of the retainer to Applicant. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "4."**

E.     Meeting of Creditors

**Hours Worked:**     **3.4**

**Fees:**                      **$1,693.00**

**Blended Rate:**     **$497.95**

Applicant recorded time under this category for services related to Debtor's Meeting of Creditors. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "5."**

///

///

///

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

F.    Relief from Stay

**Hours Worked:**    **0.6**

**Fees:**            **$357.00**

**Blended Rate:**    **$595.00**

Applicant recorded time under this category for services related to violation of the automatic stay re Moon case. A true and correct copy of the timeslip records of this category are attached hereto as **Exhibit "6."**

27.    In view of the time expenses, the responsibilities assumed, and the reputation and skill of the Applicant's attorneys, I submit that the foregoing represents the reasonable value of the services rendered on behalf of the Debtors. I believe that the services rendered were necessary, and that the attorney's fees requested constitute reasonable and necessary fees.

28.    The Application was prepared at my direction and under my supervision and is the Applicant's first application for compensation in the case. Upon a review of the Application, I find that it accurately reflects the work performed by the Applicant during the Application Period and substantively conforms with the United States Trustee's guidelines (the "Trustee's Guidelines") for compensation and expense reimbursement for professionals and the United States Bankruptcy Court for the Northern District of California's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (the "Northern District Guidelines") (collectively referred to as the "Guidelines").

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

29.     I was retained by the Debtor on April 14, 2022, and on May 10, 2022, I filed my Motion to Withdraw as Attorney as a result of a breakdown of the attorney client relationship. As such, no monthly statements were provided to the Debtor since the representation was for a period less than one month.

30.     Neither I, nor any member of the Applicant, have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to the Applicant with any other person, attorneys or entity, except as among the members of the Applicant.  The Applicant has strived to provide legal services to Debtors in the most cost-efficient method, while maintaining the high quality of service expected from and provided by the Applicant professionals.  The Applicant believes the billing rates for its professionals are reasonable and commensurate with the rates charged by similarly-qualified professionals providing similar services.  I am a Certified Legal Specialist in Bankruptcy Law and am an "AV" rated lawyer as rated by Martindale Hubbell, and have maintained this rating continuously for the past 27 years.

31.     **Exhibits "1"** through **"6"**, and incorporated herein by this reference, which provide detailed listings of all time spent by attorneys and paraprofessionals showing the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered, segregated according to the Guidelines.  All services performed by Applicant professionals were recorded in time increments of one-tenth (0.1) of an hour.  All services performed by Applicant paralegals, legal assistants and

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys.

32.     All expense reimbursements requested in the Application have been billed at the rates in accordance with practices no less favorable that those customarily employed by the Applicant and generally accepted by Applicant's clients. A true and correct copy of the Expenses are attached hereto in **Exhibit "8"**, and incorporated herein by this reference, which provides a listing of all expenses for all matters on behalf of the Debtors during the Application Period, organized by category of expense.

33.     I have complied with the Guidelines in **Exhibit "7"**, and incorporated herein by this reference, which provides a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with their billing rates, total hours expended and total fees billed.

34.     I have complied with Guidelines by providing as **Exhibits "9"** and **"10"** to this Application, my resume and the firm CV detailing the qualifications of the attorneys and paralegals whom have rendered services on the Debtors' behalf, incorporated herein by this reference.  I believe that each of the persons listed in **Exhibits "9"** and **"10"** are highly qualified to perform the services rendered on the Debtors' behalf and have billing rates commensurate with similarly qualified attorneys and paraprofessionals.

35.     Attached hereto as **Exhibit "11"** is the Notice of this Application served in accordance with the Guidelines.

36.     Attached hereto as **Exhibit "12"** is the Cover Letter to the Debtor, served in accordance with Guidelines.

11

37.     Applicant has funds from the retainer to satisfy part of the fees.

38.     I agree to waive the remaining $6,211.39 outstanding attorneys fees.

39.     Due to the breakdown of the relationship between the debtor and myself, I have not included a declaration from the Debtor in support of my Application herein.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August ____25____, 2022, at Beverly Hills, California.

_____
Michael Jay Berger

FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

EXHIBIT 1

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Business Operations** | | | | |
| 4/15/2022 | MJB | Review email from the client re the value of the debtor's land, review the attached vacant land broker's price opinion comparison pages(.1); Review another email from the debtor re the value of the property and the equity in the property with lot layout attached (.1) | 0.20 595.00/hr | 119.00 |
| 4/16/2022 | MJB | Review Order for Payment of State and Federal Taxes | 0.10 595.00/hr | 59.50 |
| 4/21/2022 | MJB | Review email from Yathida N re insurance for the debtor's property, telephone conference with Yathida N re same | 0.10 595.00/hr | 59.50 |
| 5/6/2022 | KM | Telephone communications with FTB regarding when the LLC was formed, EIN number, address of the principal and the payment status with FTB | 0.40 250.00/hr | 100.00 |
| 5/11/2022 | MJB | Review email from the client re insurance coverage for the property, review the attached insurance policy information | 0.10 595.00/hr | 59.50 |
| 5/31/2022 | YN | Prepare the proof of service for the Reply to the Objection to M. Berger's Employment Application (0.1) and assemble for filing (0.1) | 0.20 250.00/hr | NO CHARGE |
| 6/7/2022 | KM | Multiple calls with the court regarding the hearing for 4 different matters | 0.40 250.00/hr | NO CHARGE |
| | SUBTOTAL: | | [ 1.50 | 397.50] |

|                                      | Hours | Amount   |
|--------------------------------------|-------|----------|
| For professional services rendered   | 1.5O  | $397.50  |

EXHIBIT 2

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 4/18/2022 | KM | Getting all documents from Northern District's OUST for 7 Day and email it to the client requesting cooperation in compliance | 0.50 250.00/hr | 125.00 |
|  | SD | Review the Notice Setting Status Conference with important deadlines and calendar them all (0.2); review Notice of Meeting of Creditors and calendar the date and email client (0.1); review notice of deficient schedules and calendar the deadline (0.1); review the compliance requirement for 1116 and email client requesting the items from the list (0.1) | 0.50 545.00/hr | 272.50 |
| 4/19/2022 | SD | Review Michael Berger's email re the EIN number and ask Karine to prepare an addendum to voluntary petition | 0.10 545.00/hr | 54.50 |
|  | SD | Review the Order to Show Cause re Conversion or Dismissal (0.1); email a copy to client with instructions and deadline for response (0.1); prepare Statement Pursuant to 11 USC 1116 (1)(B) (0.2); review the notice of appointment of Sub V Trustee (0.1) | 0.50 545.00/hr | 272.50 |
|  | MJB | Telephone call from Liza Dunning of the IRS re the Hawaiian Riverbend Case, wrong EIN used on the debtor's bankruptcy petition, prepare email to the client re same (.1) | 0.10 595.00/hr | 59.50 |
|  | MJB | Conference With Sofya D Re How To Respond To The Court's OSC Re Dismissal (.1) ; Review Email From UST Paralegal Specialist Katina Umpierre Re The Initial Debtor Interview And The Initial Reporting Requirements And Documents Requests, Calendar The Dates Set Forth Therein  (.1) Prepare Email To The Client Re Same And Telephone Conference With Sofya D Re Same  (.1); Review The Attachments To The Initial Debtor Interview Email Including The | 0.70 595.00/hr | 416.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | IDILetter, The Attorney Authorization For Direct Contact, Region 17 -- United States Trustee Chapter 11 Initial Reporting Requirements And Document Requests, United States Trustee Chapter 11 Operating And Reporting Guidelines For Debtors In Possession, Authorized Depository List For The Northern District Of California, And Notice Regarding The United States Trustee Program's New Chapter 11 Periodic Reports (.3) ; Review email from the client re his efforts to open a DIP account @ Bank of America (.1) | | |
| 4/20/2022 | MJB | Review emails from Sofya D and the client re client's questions about the pending Chapter 11 case. | 0.20 595.00/hr | 119.00 |
| | MJB | Review and reply to 2 emails from the debtor re an alleged violation of the stay in a related case and a promissory note secured by a deed of trust on the debtor's property | 0.20 595.00/hr | 119.00 |
| | YN | Call client re 1116 Statement and outstanding items | 0.20 250.00/hr | 50.00 |
| | MJB | Conference with Karine M re the tax id issue for the debtor | 0.10 595.00/hr | 59.50 |
| | MJB | Review Notice of Appointment of Subchapter V Trustee | 0.10 595.00/hr | 59.50 |
| | MJB | Review Order to Show Cause re Dismissal or Conversion for Small Business Debtor's Failure to File Required Documents, be sure that he hearing date and response due date are on calendar | 0.10 595.00/hr | 59.50 |
| | MJB | Review Notice of Related Bankruptcy Case filed by Creditor Gang Chen | 0.10 595.00/hr | 59.50 |
| | MJB | Review 2 emails from the debtor re a prior related bankruptcy case and a Motion to Lift the Automatic Stay in a prior related case | 0.20 595.00/hr | 119.00 |
| | MJB | Review and reply to email from the debtor re his prior emails to me (.1) ; Telephone call from the client re background facts of the case, how the debtor acquired its property, the promissory note (.3) | 0.40 595.00/hr | 238.00 |
| 4/21/2022 | KM | Telephone communication with IRS regarding the EIN number used | 0.30 250.00/hr | 75.00 |
| | KM | Telephone call with the client regarding signature on 7 day package | 0.30 250.00/hr | 75.00 |
| | YN | Prepare the Certificate of Service for the 1116 Statement and for Judge's copy | 0.30 250.00/hr | NO CHARGE |
| | MJB | Review Notice of Related Cases | 0.10 595.00/hr | 59.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2022 | YN | Review file and prepare email to client re outstanding compliance | 0.40 250.00/hr | 100.00 |
| | YN | Continue working with client re compliance | 0.50 250.00/hr | 125.00 |
| | YN | Telephone call with client re compliance requirements | 0.70 250.00/hr | 175.00 |
| 4/22/2022 | MJB | Conference with Karine M re her problems getting the information that we need from the client for UST Compliance and bankruptcy schedules | 0.10 595.00/hr | 59.50 |
| | MJB | Review email from Michael M re property of the debtor | 0.10 595.00/hr | 59.50 |
| 4/23/2022 | KM | Review Order Discharging Order to Show Cause | 0.10 250.00/hr | 25.00 |
| 4/24/2022 | SD | Send an email to Yathida Nipha re the to-do items for this case tomorrow | 0.10 545.00/hr | 54.50 |
| | SD | Review the Notice of Related Cases filed by secured creditor | 0.10 545.00/hr | 54.50 |
| 4/25/2022 | YN | Call court re instructions on certified petition | 0.30 250.00/hr | NO CHARGE |
| 4/26/2022 | YN | Send email to client re outstanding items for the remaining schedules | 0.10 250.00/hr | 25.00 |
| | MJB | Review email from Michael Miroyan re  the relationship between this case, his personal Ch 13 case and an ongoing appeal | 0.20 595.00/hr | 119.00 |
| 4/27/2022 | YN | Call and email client again re deficiencies | 0.20 250.00/hr | 50.00 |
| | YN | Continued telephone call with client re deficiencies | 0.30 250.00/hr | 75.00 |
| | MJB | Review Amended Notice of Chapter 11 Case (.1) | 0.10 595.00/hr | 59.50 |
| 4/28/2022 | YN | Assemble and file the deficiencies schedules | 0.40 250.00/hr | NO CHARGE |
| | YN | Email client re deficiencies due today | 0.10 250.00/hr | 25.00 |
| | YN | Call with client attempting to extract information for the bankruptcy schedules | 0.20 250.00/hr | 50.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2022 | RP | Contact client for signature pages for petition and schedules | 0.1O<br>435.0O/hr | 43.50 |
| | RP | Assist Y. Nipha in assembling petition and schedules | 0.3O<br>435.0O/hr | 130.50 |
| | SD | Discuss the deficiencies due today with Yathida (0.1); send an email to client re deficiencies due today (0.1) | 0.2O<br>545.0O/hr | 109.00 |
| | SD | Review the schedules that Karine Manvelian prepared with Miroyan (0.3); discuss Miroyan's behavior and noncooperation with Michael Berger (0.1) | 0.4O<br>545.0O/hr | 218.00 |
| | MJB | Review and reply to email from the client re working with my staff to gather the information that we need to prepare schedules for the debtor | 0.1O<br>595.00/hr | 59.50 |
| | MJB | Telephone conference with the client re schedules that are due today (.1) ; Conferences with Sofya D and Yathida N re same (.1) Exchange texts with the client re debtor's bankruptcy schedules (.1) Review email from the client re debtor's bankruptcy schedules (.1) | 0.4O<br>595.00/hr | 238.00 |
| 4/29/2022 | MJB | Review Notice of Related Cases filed by Counsel for Secured Creditor Gang Chen | 0.10<br>595.00/hr | 59.50 |
| | SD | Review the evidence of insurance for submission to US Trustee's office | 0.10<br>545.00/hr | 54.50 |
| | MJB | Telephone call from the client re his bankruptcy schedules | 0.10<br>595.00/hr | 59.50 |
| 5/1/2022 | MJB | Review email from the client re resolution of UST compliance issues | 0.10<br>595.00/hr | 59.50 |
| 5/2/2022 | MJB | Telephone call from client Michael Miroyan and Ryan Smith re prior bankruptcy, transfer of properties to Michael Miroyan, the company's unsecured creditors, preparing him for the initial debtor interview, meeting of creditors, status conference, client's alleged claims against his mortgage holders, February 2016 lawsuit filed in Hawaii that is now on appeal, alleged violations of the automatic stay in other bankruptcy cases | 0.80<br>595.00/hr | 476.00 |
| | YN | Telephone call with client re 7 day package | 0.40<br>250.00/hr | 100.00 |
| | MJB | Review email from Sofya D re issues with debtor's draft March MOR | 0.10<br>595.00/hr | 59.50 |
| 5/3/2022 | YN | Continue to review documents and prepare the Compliance and call and email client re same | 1.20<br>250.00/hr | 300.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2022 | SD | Review email from Yathida Nipha with the list of outstanding compliance items (0.1); discuss the compliance with Yathida Nipha (0.1); review the compliance and provide my comments to Yathida (0.2) | 0.40 545.00/hr | 218.00 |
| | MJB | Conference with Sofya D re the Initial Debtor Interview | 0.10 595.00/hr | 59.50 |
| 5/4/2022 | YN | Email client re outstanding compliance items | 0.10 250.00/hr | 25.00 |
| | MJB | Review and reply to emails from Nychelle Rivera, Bankruptcy Analyst with the office of the UST re rescheduling the Initial Debtor Interview (.1) ; Prepare email to our client re same (.1) | 0.20 595.00/hr | 119.00 |
| | MJB | Review and reply to email from client re the Initial Debtor Interview | 0.20 595.00/hr | 119.00 |
| 5/5/2022 | MJB | Review and reply to email from client re the initial debtor interview (.1) Review and reply to 2 follow up emails from the client re same (.1) | 0.20 595.00/hr | 119.00 |
| 5/9/2022 | MJB | Review and reply to email from UST Trial Attorney Elvina Rofael re UST Compliance issues, scheduling a time tomorrow to discuss (.1); Review reply email from Elvina re same (.1) | 0.20 595.00/hr | 119.00 |
| | CA | Draft Motion to Withdraw as attorney, review local rules and notice requirements. | 0.70 435.00/hr | NO CHARGE |
| | SD | Prepare a Motion to Withdraw as Debtor's Counsel | 0.20 545.00/hr | NO CHARGE |
| | MJB | Review and approve draft Motion to Withdraw as Counsel | 0.10 595.00/hr | NO CHARGE |
| | YN | Continue to review client's documents for OUST compliance and submit | 0.40 250.00/hr | 100.00 |
| | SD | Send client an email to get dates to try to reschedule the Initial Debtor Interview | 0.10 545.00/hr | 54.50 |
| | MJB | Review and sign the Authorization for Direct Contact between my client and the UST | 0.10 595.00/hr | 59.50 |
| | MJB | Telephone conference with Sofya D re debtor's initial debtor interview, client cooperation issues | 0.10 595.00/hr | 59.50 |
| | MJB | Review email from UST Bankruptcy Analyst Nychelle Rivera re the remaining IDI documents, prepare email to Sofya D and to the client re same | 0.10 595.00/hr | 59.50 |
| 5/10/2022 | YN | Prepare the Notice of Hearing for the Motion to Withdraw and the Certificate of Service | 0.30 250.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2022 | MJB | Telephone call to UST Trial Attorney Elvina Rofael re UST Compliance issues, scheduling the IDI, our difficulties communicating with Michael Miroyan, the principal of our client | 0.10 595.00/hr | 59.50 |
| | MJB | Review debtor's six month projection of income and expenses (.1); Review and reply to email from UST Bankruptcy Analyst Nychelle Rivera re the Initial Debtor Interview set for tomorrow (.1) ; Prepare email to the client re same (.1) | 0.30 595.00/hr | 178.50 |
| 5/11/2022 | MJB | Review 2 emails from Court Clerk Anna Lee re the Notice of Hearing on my Motion to Withdraw as Counsel | 0.10 595.00/hr | NO CHARGE |
| | MJB | Review and reply to email from UST Bankruptcy Analyst Nychelle Rivera re UST compliance documents needs, April MOR (.1) ; Prepare email to the client, Sofya and Yathida re same (.1) | 0.20 595.00/hr | 119.00 |
| | MJB | Review and reply to 2 emails from the client re the initial debtor interview (.2) ;  Represent the debtor at the Initial Debtor Interview (.7) | 0.90 595.00/hr | 535.50 |
| 5/13/2022 | MJB | Review email from the client re UST compliance items | 0.10 595.00/hr | 59.50 |
| | MJB | Review email from the client re problems opening a DIP account with AXOS Bank and re the continued meeting of creditors | 0.10 595.00/hr | 59.50 |
| | YN | Review client's email re DIP accounts | 0.20 250.00/hr | 50.00 |
| 5/16/2022 | YN | Respond to client's email re 90 days bank statement | 0.10 250.00/hr | 25.00 |
| | YN | Review the prepetition bank statements and email client re other accounts | 0.40 250.00/hr | 100.00 |
| | MJB | Review email exchange between Michael Miroyan and MaryAnn Mcintyre of AXOS Bank re debtor opening a DIP account there | 0.10 595.00/hr | 59.50 |
| | MJB | Review email from he client re adding creditors to the debtor's bankruptcy schedules, review the attached excel spreadsheet (.1) ; Reply to said email (.1) ; Review 2 reply emails from the client re creditors and re setting up a meeting to discuss same  (.1) | 0.30 595.00/hr | 178.50 |
| 5/17/2022 | YN | Review emails from client re creditors list | 0.20 250.00/hr | 50.00 |
| | YN | Call with client re creditors listed on the schedules and pass call to M. Berger | 0.30 250.00/hr | 75.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2022 | MJB | Review email from Gina Klump re debtor's tax ID issue, telephone conference with debtor re same, in person conferences with Yathida N and Sofya D re same (;1) ; Prepare reply email to Gina Klumpt re same (.1) | 0.2O 595.0O/hr | 119.00 |
| | MJB | Telephone conference with the client re what happened at the meeting of creditors, amending debtor's bankruptcy schedules, | 0.2O 595.0O/hr | 119.00 |
| | MJB | Telephone call from UST Trial Attorney Elvina Rofael re the application to employ MJB as General Bankruptcy Counsel re debtor's eligibility to be a Sub V debtor (.1) Legal research re debtor's eligibility to be a SubV debtor / single asset real estate issue .(1); Telephone conference with Elvina Rofael re same (.1) | 0.3O 595.0O/hr | 178.50 |
| | YN | Prepare amended schedules | 0.4O 250.0O/hr | 100.00 |
| | MJB | Prepare follow up email to the client re information that I need about each creditor to prepare the proposed amended schedules for the debtor (.1)  Review and reply to email from the client re amended schedules and amending the Ch 11 petition (.2) | 0.3O 595.0O/hr | 178.50 |
| 5/18/2022 | YN | Organize the Status Report for filing and prepare the Certificate of Service | 0.3O 250.0O/hr | NO CHARGE |
| | MJB | Review email from client re debtor's bankruptcy schedules (.1) ; Review and reply to email from Sofya D re debtor's initial status report (.1) | 0.2O 595.00/hr | 119.00 |
| | SD | Prepare Debtor's Initial Status Report with supporting declaration | 1.40 545.00/hr | 763.00 |
| | MJB | Review and revise draft Debtor's Initial Status Conference Report, Declaration of MJB in Support Thereof (.2) ; Exchange texts with Sofya D re same (.1) | 0.3O 595.00/hr | 178.50 |
| 5/19/2022 | YN | Review client's email re threat | 0.10 250.00/hr | NO CHARGE |
| 5/23/2022 | MJB | Review and reply to email from the client re I still need addresses for the creditors that the debtor wants me to add, client's false accusations against me | 0.2O 595.00/hr | 119.00 |
| 5/24/2022 | YN | Send follow up email re amendments that needs to be  filed | 0.10 250.00/hr | 25.00 |
| 5/25/2022 | MJB | Review 4 emails from the debtor re unsecured creditors | 0.10 595.00/hr | 59.50 |
| 5/26/2022 | MJB | Telephone call from client re the draft amended petition , telephone conference with Yathida N re same | 0.10 595.00/hr | 59.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2022 | YN | Amend schedules to add creditors to Schedules E/F | 0.70<br>250.00/hr | 175.00 |
| | MJB | Review and reply to 2 emails from the client re what each debt is for and whether or not any of the debts are disputed, telephone conference with Yathida N re same | 0.10<br>595.00/hr | 59.50 |
| | MJB | Prepare email to the client re additional information that we need for each unsecured creditor | 0.10<br>595.00/hr | 59.50 |
| | MJB | Review email from the debtor re its draft, amended voluntary, conference with Yathida N re same, review and approve same and the Notice of Amendment to Affected Parties for filing (.1) Review email from the client re unsecured creditors (.1) | 0.20<br>595.00/hr | 119.00 |
| 5/30/2022 | MJB | Review and reply to email from the client re the upcoming status conference, the MORs, the client's problems with AXOS Bank, and our communications with each other | 0.40<br>595.00/hr | 238.00 |
| 6/1/2022 | SB | Telephone call with Michael Berger regarding tomorrow's Status Conference | 0.10<br>395.00/hr | 39.50 |
| | MJB | Telephone conference with Sofya D to prepare for tomorrow's Status Conference | 0.10<br>595.00/hr | 59.50 |
| | MJB | Review email from Court Clerk Anna Lee with Zoom appearance information for tomorrow's status conference | 0.10<br>595.00/hr | 59.50 |
| | YN | Prepare the proof of service for the Reply to OUST objection to application to employ M. Berger | 0.20<br>250.00/hr | NO CHARGE |
| | SB | Plan & Prepare for tomorrow's Status Conference by reviewing the Status Report, the docket, the amendments to the Voluntary Petition and Schedules, the Motion to Withdraw, and the responses to the various objections to the law firm's Application to be Employed | 0.50<br>395.00/hr | 197.50 |
| 6/2/2022 | YN | Email Sam the Withdrawal as Counsel | 0.10<br>250.00/hr | NO CHARGE |
| | CA | Review and revise Response to OSC with Michael Berger's comments. | 0.90<br>435.00/hr | 391.50 |
| | CA | Review Sam's emails regarding designation of debtor and Court's OSC. Review Court's OSC. Review LBRs. Draft application and proposed order re designation of debtor's representative. | 2.10<br>435.00/hr | 913.50 |
| | CA | Draft Debtor's response to OSC. Review Schedules and filings in debtor's case. Call with client about his declaration and his efforts to prosecute the chapter 11 case. | 2.30<br>435.00/hr | 1,000.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2022 | SB | Meeting with Sofya Davtyan regarding preparing for today's Status Conference | 0.10<br>395.00/hr | 39.50 |
| | SB | Meeting with Michael Berger regarding the outcome of today's Status Conference | 0.10<br>395.00/hr | 39.50 |
| | SB | E-mail with Carolyn Afari about the Order to Show Cause Re Dismissal in this case | 0.10<br>395.00/hr | 39.50 |
| | SB | Telephone call and e-mail with Michael Maroyan regarding the outcome of today's Status Conference | 0.30<br>395.00/hr | 118.50 |
| | SB | Appear for today's Status Conference | 0.60<br>395.00/hr | 237.00 |
| | MJB | Review and approve draft Application for Order Approving Designation of Michael Miroyan as Responsible Individual | 0.10<br>595.00/hr | 59.50 |
| | MJB | Conference with Samuel B re what happened at the status conference (.1); Exchange texts with Carolyn Afari re preparing opposition to the Order to Show Cause that the Court will issue (.1) ; Review the Order to Show Cause re Dismissal issued by the Court on June 2, 2022 (.1) | 0.20<br>595.00/hr | 119.00 |
| | MJB | Telephone call from client re the Court's Order to Show Cause re working together to oppose same , his search for a real estate broker to sell the property | 0.30<br>595.00/hr | 178.50 |
| 6/3/2022 | MJB | Review and revise draft Application for Order Approving Designation of Michael Miroyan as Responsible Individual Pursuant to Bankruptcy Local Rule 4002-1, review the referenced local rule (.1) ; Review and approve the Proposed Order Thereon, review the email from Carolyn A re both of the above and review the attache sample application and order  (.1) | 0.20<br>595.00/hr | 119.00 |
| | MJB | Review email from the client re its alleged claim against its lender (.1) ; Review email from the client re his  relationship with Harold Barker and review the attached note (.1) | 0.20<br>595.00/hr | 119.00 |
| | MJB | Review and revise draft Response to Order to Show Cause re Dismissal, review and revise the draft Declarations of MJB and Michael Miroyan re same | 0.20<br>595.00/hr | 119.00 |
| | MJB | Review email from client re breakdown in communication between us, MOR, case status | 0.10<br>595.00/hr | 59.50 |
| | MJB | Review email from client re changes to his list of creditors | 0.10<br>595.00/hr | 59.50 |
| 6/5/2022 | MJB | Review email from Samuel B and forwarded email form Wayne Silver re his intent to seek an order converting the case to Chapter 7 or dismissing the Chapter 11 case with prejudice and seeking my | 0.20<br>595.00/hr | 119.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | permission to serve documents on Mr. Miroyan directly (.1) ; Prepare reply email to Mr. Silver re same and copy my client re same (.1) | | |
| 6/5/2022 | MJB | Review and reply to email from Carolyn A and included email from Michael Miroyan re our opposition to the Court's OSC and his draft declaration | 0.1O 595.0O/hr | 59.50 |
| 6/6/2022 | MJB | Telephone conferences with Sofya D and Carolyn A re the client's refusal to sign his declaration and failure to send us a modified version of his declaration, discuss addition to my declaration in opposition to the OSC to cover same | 0.1O 595.0O/hr | 59.50 |
| | MJB | Review and reply to 2 emails from client re his draft declaration in opposition to the Court's OSC | 0.2O 595.00/hr | 119.00 |
| | MJB | Review and revise draft Response to OSC and draft Declaration of MJB | 0.2O 595.00/hr | 119.00 |
| 6/7/2022 | MJB | Review Secured Creditors' Request for Continuance of Hearings on (.1) Order to Show Cause and (2) Debtor's Counsel's Motion to Withdraw (.1) Review Secured Creditor's Motion to Convert to Chapter 7, or in the Alternative, For Dismissal with Refiling Bar, analysis re response thereto (.2) ; Prepare email to the client re the Kai Family 1998 Trust's filings and re choosing between conversion to Chapter 7 or dismissal, if that is the choice that the Court gives the debtor (.2) | 0.60 595.00/hr | 357.00 |
| | KM | Telephone call with follow up email with the Debtor regarding information on how connect re today's hearing on 4 different matters | 0.30 250.00/hr | 75.00 |
| | MJB | Review and reply to reply email from Michael Miroyan re the new filings by the Kai Family Trust and re the 2:00 pm hearings today | 0.10 595.00/hr | 59.50 |
| | MJB | Prepare my Oral Argument for the OSC (.2) Appear by Zoom Video Conference and represent the debtor at  hearings on 4 matters: (a) The Continued Status Conference; (b) Hearing on Motion to Withdraw as Counsel; (c) Hearing on Application to Employ MJB and (d)  OSC Re Dismissal (.8) Calendar the continued status conference and OSC Date and prepare email to the client re all of the above (.2) | 1.20 595.00/hr | 714.00 |
| 6/8/2022 | MJB | Prepare email to the client re all upcoming deadlines in the case | 0.10 595.00/hr | 59.50 |
| | SUBTOTAL: | | [    38.10 | 16,356.50] |
| | For professional services rendered | | 38.10 | $16,356.50 |

Case: 22-50314    Doc# 83    Filed: 08/26/22    Entered: 08/26/22 16:59:46    Page 41 of 70

EXHIBIT 3

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Claims Administration and Objections** | | | |
| 4/26/2022 YN | Discuss with K. Manvelian re court call re claims bar date and review docket #4 per court's instruction | | 0.20<br>250.00/hr | NO CHARGE |
| 5/13/2022 MJB | Prepare email to the client re possible amendments to the debtors bankruptcy schedules (.2) ; Telephone call from the client re same (.1) ; Review and reply to 2 emails from the client re same (.2) | | 0.50<br>595.00/hr | 297.50 |
| 5/17/2022 MJB | Review Proof of Claim and Amended Proof of Claim filed by the UST (.1) ; Prepare email to the debtor re same (.1) | | 0.20<br>595.00/hr | 119.00 |
| 5/22/2022 SD | Review POC #2 by Franchise Tax Board | | 0.10<br>545.00/hr | 54.50 |
| | SUBTOTAL: | [ | 1.00 | 471.00] |
| | For professional services rendered | | 1.00 | $471.00 |

# EXHIBIT 4

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 4/27/2022 | CA | Discuss MJB Employment Application with Sofya | 0.10 435.00/hr | 43.50 |
| | CA | Begin drafting MJB Employment Application | 0.90 435.00/hr | 391.50 |
| 4/29/2022 | CA | Continue working on MJB Employment Application and finalize. | 1.60 435.00/hr | 696.00 |
| 5/4/2022 | MJB | Review and approve draft Disclosure of Compensation, Notice of Opportunity for Hearing on the Application for Order Authorizing Debtor to Employ General Bankruptcy Counsel and Application to Employ MJB as General Bankruptcy Counsel and review and approve the application and all papers in support thereof | 0.20 595.00/hr | 119.00 |
| | SD | Review and revise the Application to Employ General Bankruptcy Counsel | 0.80 545.00/hr | 436.00 |
| 5/9/2022 | YN | Send follow up email re M. Berger's Application to Employ | 0.10 250.00/hr | NO CHARGE |
| | YN | Make revisions to the Application to Employ M. Berger re revision for client's non-cooperation | 0.20 250.00/hr | 50.00 |
| | MJB | Exchange texts with the client re the Application to Employ MJB as General Bankruptcy Counsel for the Debtor (.1) ; Telephone conference with client re same and re the Initial Debtor Interview and the meeting of creditors | 0.10 595.00/hr | 59.50 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 5/18/2022 | SD | Review Creditor's Objection to Employment Application and Request for a Hearing | 0.10 545.00/hr | 54.50 |
| | MJB | Review Objection To Application For Order Authorizing Debtor To Employ.General Bankruptcy Counsel And Request For Hearing | 0.10 595.00/hr | 59.50 |
| 5/23/2022 | YN | Prepare the Notice of Hearing for the Employment Application of M. Berger | 0.20 250.00/hr | 50.00 |
| 5/25/2022 | CA | Draft Reply to Kai Opposition to MJB Employment Application and review Opposition. | 1.00 435.00/hr | 435.00 |
| 5/27/2022 | MJB | Conference with Sofya D re our reply in support of our application to be employed as counsel | 0.10 595.00/hr | 59.50 |
| 5/31/2022 | MJB | Review and revise draft Reply to Kai Family 1998 Trust Objection to Application to Employ MJB as General Bankruptcy Counsel for the Debtor | 0.10 595.00/hr | 59.50 |
| | SD | Review Debtor's Reply to Kai Family Trust's opposition to Employment Application | 0.10 545.00/hr | 54.50 |
| 6/1/2022 | MJB | Review United States Trustee's Objection And Reservation Of Rights With Respect To The Application To Employ The Law Offices Of Michael Jay Berger and analysis re response thereto | 0.90 595.00/hr | 535.50 |
| | MJB | Review and revise draft Reply to UST's Objection to Application to Employ MJB as General Bankruptcy Counsel for the Debtor | 0.20 595.00/hr | 119.00 |
| | CA | Draft Reply to UST's Objection to MJB Employment Application. | 2.90 435.00/hr | 1,261.50 |
| 6/2/2022 | YN | Communicate with P. Garza re the service list for the Reply to OUST objection to Application to Employ M. Berger as Counsel | 0.20 250.00/hr | NO CHARGE |
| | YN | Email C. Afari supporting documents for Reply to OSC | 0.20 250.00/hr | NO CHARGE |
| 6/3/2022 | YN | Update the revised order | 0.10 250.00/hr | NO CHARGE |
| 6/6/2022 | MJB | Review email from the debtor re the source of the $10,000.00 payment made to me on behalf of the debtor | 0.10 595.00/hr | 59.50 |
| | MJB | Review draft declaration of Harold Barker re source of payment to MJB for the debtor's Ch 11 and review 2 emails from the client re same (.1) ; Prepare reply email re same; (.10) Review 2 follow up emails from Michael Miroyan re errors in the draft declaration of Harold Barker and re contact information for Mr. Barker (.2) | 0.40 595.00/hr | 238.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2022 MJB | Review Declaration of Harold Barker Filed by Interested Party Harold Barker (.1); Review Declaration From Michael Miroyan Filed by Debtor Hawaiian Riverbend (.1) both declarations include information re the funds used to retain debtor's counsel | | 0.20 595.00/hr | 119.00 |
| | SUBTOTAL: | [ | 10.90 | 4,900.50] |
| | For professional services rendered | | 10.90 | $4,900.50 |

# EXHIBIT 5

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Meeting of Creditors** | | | | |
| 4/27/2022 SD | Review the amended Notice of Meeting of Creditors and update the deadlines (0.1); email a copy to client with instructions (0.1) | | 0.20<br>545.00/hr | 109.00 |
| 5/11/2022 SB | Telephone call with Michael Berger regarding the upcoming Meeting of Creditors in this case | | 0.10<br>395.00/hr | 39.50 |
| MJB | Telephone call from the SubChapter V Trustee re the meeting of creditors and re what happened at the IDI | | 0.10<br>595.00/hr | 59.50 |
| MJB | Prepare Samuel B for the Meeting of Creditors | | 0.10<br>595.00/hr | 59.50 |
| 5/13/2022 MJB | Review and reply to email from UST Trial Attorney Evlina Rofael re the Meeting of Creditors and the call that she received from Mr. Miroyan re same (.1); Prepare email to Michael Miroyan re same (.1) ; Review email from the client re same (.1)  Draft a detailed email to the client re what to expect at the meeting of creditors and how to prepare for the meeting (.5) Respond to multiple texts from the client re same (.1) ; Review and reply to follow up email re documents that the client should have with him at the time of the meeting of creditors and send the client another copy of the bankruptcy petition and schedules of the debtor (.1) | | 1.00<br>595.00/hr | 595.00 |
| 5/16/2022 MJB | Conference with Samuel B to further prepare him for the meeting of creditors tomorrow | | 0.10<br>595.00/hr | 59.50 |
| 5/17/2022 MJB | Exchange texts with Samuel B re the meeting of creditors (.1) ; Telephone conference with Samuel B re same (.1) | | 0.20<br>595.00/hr | 119.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2022 | SB | Text messages between Michael Berger and Sofya Davtyan regarding the issues arising during today's Meeting of Creditors | 0.10 395.00/hr | 39.50 |
| | SB | Telephone call with Michael Berger regarding the outcome of today's meeting of creditors | 0.10 395.00/hr | 39.50 |
| | SB | E-mail with Michael Berger and Sofya Davtyan itemizing what issues transpired during today's Meeting of Creditors | 0.20 395.00/hr | 79.00 |
| | SB | Appear for today's Meeting of Creditors | 1.10 395.00/hr | 434.50 |
| 5/18/2022 | MJB | Review Notice of Continued Meeting of Creditors, be sure that the new date is on calendar, | 0.10 595.00/hr | 59.50 |
| | SUBTOTAL: | | [        3.40 | 1,693.00] |
| | For professional services rendered | | 3.40 | $1,693.00 |

# EXHIBIT 6

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Relief From Stay Proceedings** |  |  |  |
| 5/11/2022 MJB | Review email from the client re the Memorandum Decision in the Moon case and review the attached memorandum | 0.30 595.00/hr | 178.50 |
| 5/12/2022 MJB | Prepare email to the client re my analysis of the Moon case and of the client's claim re violation of the automatic stay | 0.20 595.00/hr | 119.00 |
| 5/15/2022 MJB | Review reply email from the client with his analysis of the Moon case on Stay Violation issues | 0.10 595.00/hr | 59.50 |
| SUBTOTAL: |  | [ 0.60 | 357.00] |
| For professional services rendered |  | 0.60 | $357.00 |

# EXHIBIT 7

## TIME BILLED BY PROFESSIONAL

| PROFESSIONAL | TYPE | HOURS BILLED | HOURS NOT | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|---|
| Michael Jay Berger | Attorney | 20.7 | 0.2 | $595.00/hour | $ 12,316.50 |
| Sofya Davtyan | Attorney | 5.2 | 0.2 | $525.00/hour | $ 2,834.00 |
| Carolyn Afari | Attorney | 11.8 | 0.7 | $435.00/hour | $ 5,133.00 |
| Robert Poteete | Attorney | 0.4 | 0 | $435.00/hour | $ 174.00 |
| Sam Boyamian | Attorney | 3.4 | 0 | $395.00/hour | $ 1,343.00 |
| Yathida Nipha | Paralegal | 7.6 | 3 | $225.00/hour | $ 1,900.00 |
| Karine Manvelian | Paralegal | 1.9 | 0.4 | $225.00/hour | $ 475.00 |
| TOTAL | | 51 | 4.5 | | $24,175.50 |

# EXHIBIT 8

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Hawaiian Riverbend, LLC Chapter 11
Michael Miroyan, Managing Member
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032

August 17, 2022

Invoice #1064

Additional Charges :

|  |  | Amount |
|---|---|---|
| 4/21/2022 | Postage, mailing and related expenses for Order Setting Status Conference, Claims Bar Date | 6.68 |
| 4/22/2022 | Postage, mailing and related expenses for Statement Pursuant to 11 U.S.C. 1116 | 6.15 |
| 4/25/2022 | USBC fee for a certified copy of the debtor's bankruptcy petititon | 15.00 |
| 5/10/2022 | Judge's copy of the Application to Employ M. Berger and Motion to Withdraw M. Berger | 11.48 |
| 5/11/2022 | Postage and Mailing related expenses for Motion to Withdraw as Counsel | 24.44 |
|  | Postage and mailing related expenses Application to Employ Michael Jay Berger | 69.03 |
| 5/19/2022 | Judge's copy of the Status Report and Certificate of Service | 1.00 |
|  | Judge's copy of the Status Report and Certificate of Service | 11.50 |
| 5/20/2022 | Postage and mailing related expenses for Debtor's Initial Status Report and Certificate of Service | 16.64 |
| 5/25/2022 | Postage and mailing related expenses for Notice of Hearing on Application to Employ Michael Jay Berger | 13.28 |
| 5/27/2022 | Amendment Fee for E/F | 32.00 |
| 6/1/2022 | Overnight delivery of documents to the Judge | 11.50 |
| 6/2/2022 | 15 pages for 24 mailings Reply to UST's objection to application for order authorizing debtor to employ general bankruptcy counsel | 36.00 |

| | | Amount |
|---|---|---|
| 6/2/2022 | 27 mailings at .53 each<br>Reply to UST's objection to application for order authorizing debtor to employ general bankruptcy counsel | 19.71 |
| | Judge's copy sent ups<br>Reply to UST's objection to application for order authorizing debtor to employ general bankruptcy counsel | 11.50 |
| 6/7/2022 | 2 pages for 26 mailings<br>Response to order to show cause re dismissal | 3.20 |
| | 26 mailings at .53 each<br>Response to order to show cause re dismissal | 13.78 |
| | Judge's copy sent ups<br>Response to order to show cause re dismissal | 11.50 |
| | Total additional charges | $314.39 |

# EXHIBIT 9

# MICHAEL JAY BERGER

**9454 Wilshire Boulevard, 6th Floor, Beverly Hills, California 90212**
**Telephone: 310.271.6223 | Fax: 310.271.9805 | E: michael.berger@bankruptcypower.com**
**Website: www.bankruptcypower.com**

## EDUCATION

**Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California**
Certified on September 1, 2006 and continuously certified since then.

Law School – HASTINGS COLLEGE OF LAW, San Francisco, California
    J.D. with Honors, May 1981;
    Class Standing: Top 10%

Main Honors and Activities
    Order of the Coif             Law Review
    Thurston Honor Society      Phi Alpha Delta

Undergraduate – DUKE UNIVERSITY, Durham, North Carolina
    B.A. Graduated with Honors, 1978 Major: English

Main Honors and Activities
    Captain of the Duke Debate Team
    Chairman, Duke Branch of the North Carolina Public Interest Research Group
    Member, National Honorary Society
    Delta Sigma Rho Tau Kappa Alpha

## WORK EXPERIENCE

40 years of experience representing accountants, actors, advertising agencies, ambulance companies, bail bond companies, book stores, car washes, churches and synagogues, clothing companies, construction companies, construction supply companies, contractors, cosmetic companies, dentists, designers, doctors, entrepreneurs, film companies, gas stations, hospitals, hotels, insurance agencies, insurance sales people, investors, landlords and tenants, landscape companies, lawyers, lenders, magazines, manufacturing companies, musicians, nightclubs, online sales companies, pawn shops, physical therapists, radio stations, real estate brokers, real estate developers, real estate investors, restaurants, retail stores, schools, screenwriters, security guard companies, shopping centers, song writers, stock brokers, students, teachers, television stations, trucking companies and veterinarians.

    1996 to Now      LAW OFFICES OF MICHAEL JAY BERGER
                     Beverly Hills, California
                     Principal attorney in law firm specializing in bankruptcy practice.
                     Extensive experience representing debtors, creditors and third parties in
                     Chapter 7, 11 and 13 Cases and Adversary Proceedings

    1983 to 1996     Attorney and Managing Partner, BERGER & STOLAR, INC.
                     Beverly Hills, California
                     Senior trial lawyer specializing in bankruptcy and civil litigation practice.
                     Very knowledgeable and experienced in all types of civil litigation,
                     including all types of collection, business, contract, entertainment, real
                     estate, probate and bankruptcy cases. Extensive experience representing
                     debtors and creditors in numerous Chapter 7, 11 and 13 proceedings.

|            | Attorney, RIFKIND, STERLING & LEVIN, INC. |
| 1981 to 1983 | Beverly Hills, California |

1981 to 1983   Attorney, RIFKIND, STERLING & LEVIN, INC.
Beverly Hills, California
Practiced in all phases of civil litigation. Primarily responsible for
collection, bankruptcy, breach of contract, real estate and tort cases.

## ACTIVITIES AND ASSOCIATIONS

"AV" rated lawyer as rated by Martindale Hubbell legal directory 1995-2021[*]

"Superb Rated Attorney" By Avvo
Former Judge Pro Tem, Beverly Hills Municipal Court
Former Arbitrator, Beverly Hills Bar Association
Former Editor of the Beverly Hills Bar Association Journal
Member of the Bankruptcy Section of the Beverly Hills Bar Association
Member of the Los Angeles Bankruptcy Forum
Member of the California Bankruptcy Forum
Member of the American Bankruptcy Institute
Member of Mensa, The High IQ Society
Member of Track Club Los Angeles
Marathon and Ultramarathon Runner
Guitar Player and Lead Singer for the Rock and Roll Band DTF

## AREA SERVED

I serve all of California, with the majority of my cases being in the Central District of California
downtown Los Angeles, San Fernando Valley, Santa Ana and Riverside branch courts.

---

[*] The Martindale-Hubbell "AV" rating indicates very high to preeminent legal ability and very high ethical standards as established by confidential opinions from members of the bar.

EXHIBIT 10

# LAW OFFICES OF MICHAEL JAY BERGER

9454 Wilshire Blvd., 6th Floor
Beverly Hills, California 90212
Tel: 310-271-6223 | Fax: 310-271-0985

LAW OFFICES OF MICHAEL J. BERGER (the "Firm") limits its practice to the field of bankruptcy, insolvency, workouts and related civil litigation and transactional matters. The Firm's legal representation, involves extensive involvement with consumers and businesses, as Debtors and Debtors-in-Possession in chapter 7, 11 and 13 Bankruptcies.

## DESCRIPTION OF RESPONSIBILITIES OF BANKRUPTCY ATTORNEYS

The Firm's Bankruptcy Department currently employs four full-time attorneys whose duties include, but are not limited to, attendance at the client's initial debtor interview, 341(a) meeting of creditors and confirmation hearing. The Firm's attorneys also prepare petitions, schedules and other documents that are critical to the success of each case.

The attorneys, under the supervision of the Firm's principal attorney, Michael Jay Berger, are responsible for the research, preparation and filing of applications, motions and other documents throughout the course of a client's bankruptcy. More specifically, the attorneys draft applications to employ professionals and applications for attorney compensation, as well as budget motions, motions for the interim use of cash collateral, motions to value and Chapter 11 and 13 plans of reorganization and disclosure statements.

The Firm's attorneys also ensure compliance with the Bankruptcy Code and Local Bankruptcy Rules. The attorneys are often required to prepare and file: applications for orders shortening time, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports, orders, judgments-findings of fact and conclusions of law, applications for final decrees closing Chapter 11 cases, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, and proofs of claim.

Immediately following is a brief description of the qualifications of the Firm's Attorneys.

**Michael Jay Berger – *Principal Attorney*,** admitted to the State Bar of California, 1981; Central District of California, 1982. Mr. Berger is a Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California.

University of California Hastings, San Francisco, CA (1981)
Duke University, Durham, NC (1978).

1

**Sofya Davtyan – *Partner*:** Admitted to the State Bar of California, 2008; Central District of California, 2008. Ms. Davtyan joined the firm in February of 2009. Ms. Davtyan is a Certified Specialist in Bankruptcy Law, Certified by the California Board of Legal Specialization.

Ventura College of Law, Ventura, CA (2008)
University of Southern California, Los Angeles, CA (2002)

**Debra J. Reed – *Mid-Level Associate*.** Admitted to the State Bar of California, 2010; Central District of California, 2020. Ms. Reed joined the firm in 2020.

Santa Clara University School of Law, Santa Clara, CA • Juris Doctor (2009)
Baruch College, New York, NY • Masters of Business Administration (2000)
Boston College, Boston MA • Bachelor of Arts (1986)

**Carolyn M. Afari  – *Mid-Level Associate*:** Admitted to the State Bar of California, 2012; Central District of California, 2012. Ms. Afari joined the firm in June of 2017.

University of West Los Angeles School of Law, Los Angeles, CA (2011)
University of Southern California, Los Angeles, CA (2005)

**Robert Poteete – *Mid-Level Associate*:** Admitted to the State Bar of California, 2007; Central District of California, 2008. Mr. Poteete joined the firm in 2022.

UCLA School of Law, Los Angeles, CA (2006)
University of Pennsylvania, Philadelphia, PA (2003)


## DESCRIPTION OF RESPONSIBILITIES OF PARALEGALS & LEGAL ASSISTANTS

The Firm's Bankruptcy Department currently employs four full-time paralegals and legal assistants whose duties include, but are not limited to, the following:

Attendance at initial attorney/client meetings, preparation of petitions, schedules, statement of affairs and rendering assistance to client in meeting the requirements of the United States Trustee.

After filing of the petition, the Paralegals, under the supervision of the attorneys, prepare drafts of motions, applications and other documents, including, but not limited to the following:

Application for authorization to employ professional persons, applications for compensation of attorneys' fees, motions to compromise controversies, stipulations, motions for extension of time for the debtor to file schedules, motions for extension of exclusivity periods [Bankruptcy Code §1121], motions for extension of the time in which the debtor may assume or reject nonresidential real property leases, motions for authorization to sell assets of the debtor's estate, applications for orders shortening time for serving notices to creditors, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports and account [Bankruptcy Rule 1019 (6)], notices as required by the Bankruptcy Rules, orders, judgments-findings of fact and

2

conclusions of law, applications for final decrees closing Chapter 11 cases, final decrees, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, proofs of claims, and any other documents which may appropriately be drafted at the legal assistant level.

Immediately following is a brief description of the qualifications of the Firm's Paralegals and Legal Assistants.

### Gary Baddin (Bankruptcy Analyst / Field Agent)

Mr. Baddin joined the firm in June 2021. In 1987, he joined the elite Special Procedures Staff of the IRS, administering the Service's tax claims in the U. S. Bankruptcy Court. He worked for the Office of the United States Trustee in the U.S. Department of Justice as a Bankruptcy Analyst for 30 years and was assigned oversite of chapter 11 cases. Mr. Baddin received his Bachelor's Degree in Political Science from UC Davis and holds a Master's Degree in Public Administration from USC.

### Yathida Nipha (Senior Paralegal)

Ms. Nipha is a senior paralegal with over twelve years of experience in Chapters 7, 11 and 13. Ms. Nipha joined the firm in January 2010.

University of Phoenix, Los Angeles, CA (2008)

### Karine Manvelian (Senior Paralegal)

Mrs. Manvelian joined the firm in 2014 and has returned in December 2015. Mrs. Manvelian worked with the United States Bankruptcy Court for over 20 years.

### Peter Garza (Paralegal)

Mr. Garza joined the firm in May 2015. Prior to joining the firm, Mr. Garza was a customer service supervisor with Williams Lea, Inc. at O'Melveny & Myers for 15 years. Mr. Garza prepares declarations of service and Applications to Employ Professionals. Mr. Garza has experience preparing bankruptcy schedules in chapter 7, 11, and 13.

3

# EXHIBIT 11

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Boulevard, 6th Floor
   Beverly Hills, California 90212
   T: 1.310.271.6223 | F: 1.310.271.9805
3  E: michael.berger@bankruptcypower.com

4  Former Counsel for Debtor,
5  Hawaiian Riverbend, LLC

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10 In re:                          )  CASE NO.: 22-bk-50314
                                   )
11                                 )  Chapter 11
                                   )
12 Hawaiian Riverbend, LLC         )  **NOTICE OF HEARING OF FIRST AND
                                   )  FINAL APPLICATION FOR
13                                 )  COMPENSATION AND
                                   )  REIMBURSEMENT OF EXPENSES OF
14                        Debtor.  )  MICHAEL JAY BERGER**
                                   )
15                                 )  Date:    October 18, 2022
                                   )  Time:    1:30 p.m.
16                                 )  Place:   United States Courthouse,
                                   )  Courtroom 11
17                                 )  Via Tele/Videoconference,
                                   )  www.canb.uscourts.gov/calendars
18                                 )  280 South First Street
                                   )  San Jose, CA 95113-3099
19                                 )
                                   )
20                                 )  Judge: Hon. M. Elaine Hammond

21

22     **TO THE HONORABLE M. ELAINE HAMMOND, JUDGE OF THE**

23 **UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES**

24 **TRUSTEE AND TO ALL INTERESTED PARTIES:**

25     PLEASE TAKE NOTICE that on October 18, 2022 at 1:30 p.m., or as soon

26 thereafter as the matter may be heard, in Courtroom 11 of the above-entitled Court located

27 at 280 South First Street, San Jose, California 95113-3099, Applicant Michael Jay Berger

28
                                      1
   ─────────────────────────────────────────────────────────
   NOTICE OF HEARING OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
                      OF EXPENSES OF MICHAEL JAY BERGER

("Applicant") shall, and does hereby, move the Court for an Order Approving his First and Final Fee Application for his fees as Debtor's General Bankruptcy Counsel.

This Application is made on behalf of the Applicant, pursuant to 11 U.S.C. §§ 330 and 331, for allowance of fees and costs as follows:

| Professional | Period | Fees | Costs |
|---|---|---|---|
| Michael Jay Berger | 4/15/2022 – 6/8/2022 | $24,175.50 | $314.39 |

The Application is based upon this Notice of Application, the separately filed Application, the declarations, all pleadings and records on file in this case, and upon such other evidentiary matters as may be presented to the Court regarding the Application. If you desire a copy of the Application, please advise Applicant in writing and a copy will be provided to you by mail or email. Requests should be sent to:

**MICHAEL JAY BERGER**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**
**T: 1.310.271.6223**
**E: michael.berger@bankruptcypower.com**

PLEASE TAKE FURTHER NOTICE that pursuant to *Bankruptcy Local Rule 2002-1*, Applicant, the initiating party is giving notice for Applicants' Application for Compensation.

PLEASE TAKE FURTHER NOTICE that pursuant to *Bankruptcy Local Rule 9013-1*, any party opposing the relief sought by the Application must file a written opposition setting forth the facts and law upon which the opposition is based and must appear at the hearing on the Application. Any factual allegations set forth in such written response must be supported by competent and admissible evidence. Any response or opposition to the Application must be filed with the Court and served on the Debtors' counsel at least 14 days prior to the scheduled hearing date on the Application (not excluding Saturdays, Sundays or legal holidays). Such responses, if any, must be served

2

on the Debtors' counsel at the address noted in upper left-hand corner of the first page of this notice.

    PLEASE TAKE FURTHER NOTICE that pursuant to *Bankruptcy Local Rule 9014-1*, Applicant's Application for Compensation has been set for an actual hearing as detailed in the above caption.

    WHEREFORE, the Applicant respectfully requests that the Court enter its order approving the fees described herein and granting such other and further relief as is just and proper under the circumstances.

Dated: 8/25/2022    **LAW OFFICES OF MICHAEL JAY BERGER**

By:    _____
       Michael Jay Berger
       Former Counsel for Debtor
       Hawaiian Riverbend, LLC

NOTICE OF HEARING OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER

EXHIBIT 12

# Law Offices of Michael Jay Berger

**9454 Wilshire Blvd., 6th Floor**
**Beverly Hills, California 90212-2929**
**Tel 310-271-6223 • Fax 310-271-9805**
**e-mail: michael.berger@bankruptcypower.com**
**website: www.bankruptcypower.com**

Michael Jay Berger is a California State Bar
Certified Bankruptcy Law Specialist

Sofya Davtyan is a California State Bar
Certified Bankruptcy Law Specialist

Debra J. Reed
Carolyn Afari
Samuel Boyamian

August 25, 2022

Attn: Michael Miroyan, managing member of
Hawaiian Riverbend, LLC
620 Vasona Avenue
Los Gatos, CA 95032
Via email: mac8881@me.com

Re:    Letter Regarding Applicant Michael Jay Berger's First Fee
       Application to Debtor Pursuant to Northern District of
       California Guidelines for Compensation and Expense
       Reimbursement of Professional Trustees ("NDCA
       Guidelines")

Dear Michael Miroyan, managing member of Hawaiian Riverbend, LLC,

Pursuant to Northern District of California Guidelines for Compensation and
Expense Reimbursement of Professional Trustees ("NDCA Guidelines"), attached is the
First Fee Application for Applicant Michael Jay Berger for his professional services as
General Bankruptcy Counsel in your Chapter 11 Bankruptcy case. This letter serves to
provide you a review of my billing statement as follows:

"The Court's Guidelines for Compensation and Expense Reimbursement of
Professionals and Trustees provide that a debtor in possession, a trustee or an official
committee must exercise reasonable business judgment in monitoring the fees and
expenses of the estate's professionals. We invite you to discuss any objections, concerns
or questions you may have with us. The Office of the United States Trustee will also
accept your comments. The court will also consider timely filed objections by any party
in interest at the time of the hearing."

Sincerely,

Michael Jay Berger