MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Hawaiian Riverbend, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

Hawaiian Riverbend, LLC,

    Debtor and Debtor-in-Possession.

CASE NO.: 21-bk-51291

Chapter 11

**CERTIFICATE OF SERVICE**

1

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212.

On August 29, 2022, I served the Amended Notice of Hearing of the First and Final Application for Compensation and Reimbursement of Expenses of Michael Jay Berger by United States Mail, to the presiding judge, and all parties entitled to receive regularly mailed notices, addressed as follows:

Honorable M. Stephen L. Johnson
United States Bankruptcy Court
280 South First St., RM 3035
San Jose, CA 95113

Debtor
Hawaiian Riverbend, LLC
PO Box 3181
Saratoga, CA 95070

Hawaiian Riverbend, LLC
620 Vasona Ave
Los Gatos, CA 95032

See the attached service list.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 29, 2022 in Beverly Hills, California.

/s/Peter Garza
Peter Garza

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 22-50314<br>California Northern Bankruptcy Court<br>San Jose<br>Tue May 10 11:58:43 PDT 2022 | Hawaiian Riverbend, LLC<br>PO Box 3181<br>Saratoga, CA 95070-1181 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| Gang Chen<br>555 4th St. #822<br>San Francisco, CA 94107-5532 | Hawaii County Tax<br>Hilo Office - Aupuni Center<br>101 Pauahi St., Ste. 4<br>Hilo, HI 96720-4224 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Kai Family Trust<br>c/o Kenneth Kai<br>250 Montclair Ave Ste. A<br>San Jose, CA 95116-1761 | Kai Family Trust<br>c/o Michael Carroll, Esq. 7583-0<br>Bay Lungs Law<br>700 Bispoh St., Ste. 900<br>Honolulu, HI 96813 | Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th Floor<br>Beverly Hills, CA 90212-2937 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Paul J. Sulla<br>Attorney at Law<br>PO Box 5258<br>Hilo, HI 96720-8258 | Ryan Smith<br>882 Kirksey Dr.<br>Turlock, CA 95382-7247 |
| UNITED STATES TRUSTEE<br>280 SOUTH FIRST STREET, ROOM 268<br>SAN JOSE, CA 95113-3000 | UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 | Gina R. Klump<br>30 5th Street, Suite 200<br>Petaluma, CA 94952-3042 |
| Kenneth Y. Kai<br>c/o Law Office of Wayne A. Silver<br>643 Bair Island Road<br>Suite 403<br>Redwood City, CA 94063-2758 | Tae K. Kai<br>c/o Law Office of Wayne A. Silver<br>643 Bair Island Road<br>Suite 403<br>Redwood City, CA 94063-2758 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Hawaiian Riverbend, LLC<br>PO Box 3181<br>Saratoga, CA 95070-1181 | (u)Gang Patrick Chen | (d)Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2937 |

End of Label Matrix
Mailable recipients 16
Bypassed recipients 3
Total 19