**United States Bankruptcy Court**
**Northern District of California**

In re Hawaiian Riverbend, LLC  
Debtor(s)

Case No.: 22-50314  
Chapter: 11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

I, the managing member of the above referenced debtor in this case, have reviewed the foregoing amended schedules (the "Amended Schedules").

The only change to schedule E/F is that creditor Frank McKinney II is now added as an additional creditor.

The Amended Schedules have not been revised to reflect or include claims by creditors that filed proofs of claim.

Except as set forth herein, I declare under penalty of perjury that the Amended Schedules are true and correct to the best of my knowledge, information, and belief.

Date: September 8, 2022

Signature: */s/ Michael Miroyan*

Michael Miroyan

Fill in this information to identify the case:

Debtor: Hawaiian Riverbend, LLC
United States Bankruptcy Court for the: Northern District of California (State)
Case number (If known): 22-50314

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Ali Kalbali
c/o Kal Construction
400 Reed Street, Ste. 185, Santa Clara, CA 95050

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 34,000

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
David Dorenfield
30101 Agoura Court, Ste. 210
Agoura Hills, CA 91301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal fees

$ 120,000

Date or dates debt was incurred   8/10/18
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Ed Halteman
1331 Cedar Ave
Boulder, CO 80304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 8,000

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Hal Barker
620 Vasona Ave
Los Gatos, CA 95032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 8,000

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Joel Rettew
22612 Galilea
Mission Viejo, CA 92692-2000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 40,000

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Michael Riehm
P.O. Box 39074
Keauhou, HI 96739

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Fees

$ 2,000

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Hawaiian Riverbend, LLC | Case number (if known) | 22-50314 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Office of United States Trustee
880 Front St., Ste. 3230
San Diego, CA 92115

Date or dates debt was incurred: 04/04/2016
Last 4 digits of account number: _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Chapter 11 quarterly fees

Is the claim subject to offset?
☑ No
☐ Yes

$1,622.70

**3.8** Nonpriority creditor's name and mailing address
Phil Hayes
19 Redberry Ridge Rd.
Portola Valley, CA 94028

Date or dates debt was incurred:
Last 4 digits of account number: _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☑ No
☐ Yes

$70,000

**3.9** Nonpriority creditor's name and mailing address
Ryan Smith
882 Kirksey Drive
Turlock, CA 95382

Date or dates debt was incurred:
Last 4 digits of account number: _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pre-petition salary

Is the claim subject to offset?
☑ No
☐ Yes

$15,000

**3.10** Nonpriority creditor's name and mailing address
Ryan Smith
882 Kirksey Drive
Turlock, CA 95382

Date or dates debt was incurred:
Last 4 digits of account number: _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Promissory Note

Is the claim subject to offset?
☑ No
☐ Yes

$45,000

**3.11** Nonpriority creditor's name and mailing address
Stefan Martirosian
120 Aspen Oaks Lane
Glendale, CA 91207

Date or dates debt was incurred:
Last 4 digits of account number: _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☑ No
☐ Yes

$4,000

Debtor: Hawaiian Riverbend, LLC
Case number (if known): 22-50314

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
Trish Tran
c/o CYA Insurance
2396 Senter Rd., San Jose, CA 95112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$7,000

---

**3.13** Nonpriority creditor's name and mailing address
William Keoni Shultz
c/o Cades Schutte
1000 Bishop St., 12th Fl., Honolulu, HI 96813

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal fees

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$14,000

---

**3.14** Nonpriority creditor's name and mailing address
William Miroyan
PO BOX 3168
Saratoga, CA 95070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$12,000

---

**3.15** Nonpriority creditor's name and mailing address
Frank McKinney II
2570 Senter Road
San Jose, CA 95111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$80,000

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor  Hawaiian Riverbend, LLC
        Name                                         Case number (if known) 22-50314

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 460,622.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 460,622.70 |

Frank McKinney II
2570 Senter Road
San Jose, CA 95111