Form TRANSC

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):** Hawaiian Riverbend, LLC | Case No.: 22−50314 SLJ 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 06/07/2022 was filed on September 12, 2022. The following deadlines apply:

The parties have until Monday, September 19, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, October 3, 2022.

If a request for redaction is filed, the redacted transcript is due Thursday, October 13, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, December 12, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
8105 Mariners Dr
No. 1005
Stockton, CA 95219−4554

or you may view the document at the clerk's office public terminal.

Dated: 9/14/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court