# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 9/12/2022 |
| Case: 22–50314 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Elvina Rofael    elvina.rofael@usdoj.gov
aty    Wayne A. Silver    w_silver@sbcglobal.net

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp    Michael Jay Berger    Law Offices of Michael Jay Berger    9454 Wilshire Blvd., 6th Floor    Beverly Hills, CA 90212
    Michael Haroutun Miroyan    P. O. Box 3181    Saratoga, CA 95070–1181

    TOTAL: 2