Robert K. Lu
REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849
Email: rlu@reidwise.com

Edward Wu (admitted *pro hac vice*)
REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968
Email: ewu@reidwise.com

*Proposed Attorneys for the Debtor
and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No.: 5:22-bk-50314 |
| HAWAIIAN RIVERBEND, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **AMENDED NOTICE OF HEARING OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF REID & WISE LLC AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION,** *NUNC PRO TUNC* **TO JULY 29, 2022** |
| | Hearing:<br>Date: October 18, 2022<br>Time: 2:00 PM<br>Place: Hearing to be Conducted by Telephone and/or Video Conference<br>(www.canb.uscourts.gov/calendars) |

**PLEASE TAKE NOTICE**, that on September 9, 2022, Hawaiian Riverbend, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed the *Debtor's Application for Entry of an Order Authorizing Employment and Retention of Reid & Wise LLC*

*as Counsel to the Debtor and Debtor in Possession, Nunc Pro Tunc to July 29, 2022* [ECF No. 98] (the "Application").

**PLEASE TAKE FURTHER NOTICE**, that (i) a hearing on the Application will be held on **October 18, 2022 at 2:00 p.m.** (the "Hearing Date") before the Honorable Steven L. Johnson, United States Bankruptcy Judge, of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), *via* telephone or video conference only, and (ii) any objections or responses to the Application must be timely filed with the Bankruptcy Court and served on the undersigned proposed counsel to the Debtor by no later than 14 days prior to the Hearing Date, which is **October 4, 2022** (the "Response Deadline"), and otherwise comply with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the Bankruptcy Court, and the procedures established by the Honorable Steven L. Johnson.

**PLEASE TAKE FURTHER NOTICE** that if no timely responses or objections to the Application are filed and served by the Response Deadline, the Bankruptcy Court may enter an order granting the Application without any hearing, further notice, or opportunity to be heard offered to any party.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
September 13, 2022

By: /s/ *Edward Wu*
Robert K. Lu
Edward Wu (admitted *pro hac vice*)

REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849

REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968

*Proposed Attorneys for the Debtor
and Debtor-in-Possession*