Robert K. Lu
REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849
Email: rlu@reidwise.com

Edward Wu (admitted *pro hac vice*)
REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968
Email: ewu@reidwise.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 5:22-bk-50314 |
| HAWAIIAN RIVERBEND, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **CERTIFICATE OF SERVICE** |

I, Edward Wu, state as follows:

I am over the age of 18 years and not a party to the above-captioned case. I certify that on October 5, 2022, true and correct copies of the following documents were served on the parties set forth on the attached Exhibit A *via* first class mail:

- *Notice of Amendment of Debtor's Schedule of Assets and Liabilities as to Schedule E/F*, annexed hereto as Exhibit B.

- *Amended Schedule E/F* [ECF No. 97]

- *Amended Notice of Chapter 11 Bankruptcy Case* [ECF No. 21]

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
October 5, 2022

By: */s/ Edward Wu*
Edward Wu

# EXHIBIT A

**Parties Receiving Service *via* Mail**

Ali Kalbali
c/o Kal Construction
400 Reed Street, Ste. 185
Santa Clara, CA 95050


David Dorenfield
30101 Agoura Court, Ste. 210
Agoura Hills, CA 91301


Ed Halteman
1331 Cedar Ave
Boulder, CO 80304


Hal Barker
620 Vasona Ave
Los Gatos, CA 95032


Joel Rettew
22612 Galilea
Mission Viejo, CA 92692-2000


Michael Riehm
P.O. Box 39074
Keauhou, HI 96739


Office of United States Trustee
880 Front St., Ste. 3230
San Diego, CA 92115


Phil Hayes
19 Redberry Ridge Rd.
Portola Valley, CA 94028

Ryan Smith
882 Kirksey Drive
Turlock, CA 95382


Stefan Martirosian
120 Aspen Oaks Lane
Glendale, CA 91207


Trish Tran
c/o CYA Insurance
2396 Senter Rd.
San Jose, CA 95112


William Keoni Shultz
c/o Cades Schutte
1000Bishop St., 12th Fl.
Honolulu, HI 96813


William Miroyan
PO BOX 3168
Saratoga, CA 95070

Frank McKinney II
2570 Senter Road
San Jose, CA 95111

# EXHIBIT B

## Notice of Amendment of Schedule E/F

Robert K. Lu
REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849
Email: rlu@reidwise.com

Edward Wu (admitted *pro hac vice*)
REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968
Email: ewu@reidwise.com

*Proposed Attorneys for the Debtor
and Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 5:22-bk-50314 |
| HAWAIIAN RIVERBEND, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF AMENDMENT OF DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AS TO SCHEDULE E/F** |
| | [No Hearing Required] |

**PLEASE TAKE NOTICE**, that on April 14, 2022, Hawaiian Riverbend, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE**, that on April 25, 2022, the Debtor filed its *Schedule of Assets and Liabilities* [ECF No. 22] (the "Original Schedules"), which scheduled certain secured creditors in the Debtor's chapter 11 case, but did not schedule any unsecured

Case: 22-50314   Doc# 109   Filed: 10/05/22   Entered: 10/05/22 13:19:33   Page 8 of 9
1

creditors in this case.

**PLEASE TAKE FURTHER NOTICE**, that on May 27, 2022, the Debtor amended the Original Schedules by adding unsecured creditors to Schedule E/F [ECF No. 39] (the "Amended Schedule E/F").

**PLEASE TAKE FURTHER NOTICE**, that on September 8, 2022, the Debtor added one additional unsecured creditor to the Amended Schedule E/F [ECF No. 97].

**PLEASE TAKE FURTHER NOTICE**, you may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that your claim will be allowed in the amount scheduled unless: (i) your claim is designated as disputed, contingent, or unliquidated; (ii) you file a proof of claim in a different amount; or (iii) you receive another notice.

Dated: New York, New York
October 5, 2022

By: /s/ *Edward Wu*
Robert K. Lu
Edward Wu (admitted *pro hac vice*)

REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849

REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968

*Proposed Attorneys for the Debtor and Debtor-in-Possession*