United States Bankruptcy Court
Northern District of California

In re:                                                                                            Case No. 22-50314-SLJ
Hawaiian Riverbend, LLC                                                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                                          User: admin                                     Page 1 of 3
Date Rcvd: Oct 11, 2022                               Form ID: DOC                                Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hawaiian Riverbend, LLC, PO Box 3181, Saratoga, CA 95070-1181 |
| cr | + | Kenneth Y. Kai, c/o Law Office of Wayne A. Silver, 643 Bair Island Road, Suite 403, Redwood City, CA 94063-2758 |
| cr | + | Tae K. Kai, c/o Law Office of Wayne A. Silver, 643 Bair Island Road, Suite 403, Redwood City, CA 94063-2758 |
| 15404581 | + | Ali Kalbali, c/o Kal Construction, 400 Reed Street, Ste. 185, Santa Clara, CA 95050-3110 |
| 15428456 | + | County of Hawaii Real Property Tax Division, 25 Aupuni Street, Hilo, HI 96720-4245 |
| 15404582 | + | David Dorenfield, 30101 Agoura Court, Ste. 210, Agoura Hills, CA 91301-4325 |
| 15404583 | + | Ed Halteman, 1331 Cedar Ave, Boulder, CO 80304-3115 |
| 15435231 | + | Frank McKinney II, 2570 Senter Road, San Jose, CA 95111-1015 |
| 15388034 | + | Gang Chen, 555 4th St. #822, San Francisco, CA 94107-5532 |
| 15404584 | + | Hal Barker, 620 Vasona Ave, Los Gatos, CA 95032-1512 |
| 15388040 | + | Hawaii County Tax, Hilo Office - Aupuni Center, 101 Pauahi St., Ste. 4, Hilo, HI 96720-4224 |
| 15404585 | + | Joel Rettew, 22612 Galilea, Mission Viejo, CA 92692-1170 |
| 15388042 | + | Kai Family 1998 Trust Dated Oct 5, 1998, c/o Law Office of Wayne A. Silver, 643 Bair Island Road, Suite 403, Redwood City, CA 94063-2758 |
| 15388041 | | Kai Family Trust, c/o Michael Carroll, Esq. 7583-0, Bay Lungs Law, 700 Bispoh St., Ste. 900, Honolulu, HI 96813 |
| 15388039 | + | Michael Jay Berger, Law Offices of Michael Jay Berger, 9454 Wilshire Boulevard, 6th Floor, Beverly Hills, CA 90212-2980 |
| 15429727 | + | Michael Miroyan, PO Box 3181, Saratoga, CA 95070-1181 |
| 15404586 | | Michael Riehm, P.O. Box 39074, Keauhou, HI 96739 |
| 15388035 | + | Paul J. Sulla, Attorney at Law, PO Box 5258, Hilo, HI 96720-8258 |
| 15404588 | + | Phil Hayes, 19 Redberry Ridge Rd., Portola Valley, CA 94028-8077 |
| 15388036 | + | Ryan Smith, 882 Kirksey Dr., Turlock, CA 95382-7247 |
| 15404589 | + | Stefan Martirosian, 120 Aspen Oaks Lane, Glendale, CA 91207-1056 |
| 15404590 | + | Trish Tran, c/o CYA Insurance, 2396 Senter Rd., San Jose, CA 95112-2616 |
| 15404591 | | William Keoni Shultz, c/o Cades Schutte, l000 Bishop St., 12th Fl., Honolulu, HI 96813 |
| 15404592 | + | William Miroyan, PO BOX 3168, Saratoga, CA 95070-1168 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Oct 12 2022 13:23:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Oct 12 2022 13:28:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: CALTAXFEE | Oct 12 2022 13:23:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | EDI: IRS.COM | Oct 12 2022 13:23:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15401409 | EDI: CALTAX.COM | Oct 12 2022 13:28:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952 |
| 15404587 | + Email/Text: ustp.region15@usdoj.gov | Oct 12 2022 09:22:00 | Office of United States Trustee, 880 Front St., Ste. 3230, San Diego, CA 92101-8897 |

| Recip ID | | Delivery | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15399587 | + Email/Text: ustpregion17.sj.ecf@usdoj.gov | | Oct 12 2022 09:22:00 | UNITED STATES TRUSTEE, 280 SOUTH FIRST STREET, ROOM 268, SAN JOSE, CA 95113-3000 |
| 15399591 | + Email/Text: ustp.region15@usdoj.gov | | Oct 12 2022 09:22:00 | UNITED STATES TRUSTEE, 880 FRONT STREET, SUITE 3230, SAN DIEGO, CA 92101-8897 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Gang "Patrick" Chen |
| intp | | Harold Barker |
| smg | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| intp | *+ | Michael Jay Berger, Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |
| 15388038 | *+ | Hawaiian Riverbend, LLC, PO Box 3181, Saratoga, CA 95070-1181 |
| 15398685 | * | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 13, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Edward Wu | on behalf of Debtor Hawaiian Riverbend  LLC ewu@reidwise.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Marta Villacorta | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ marta.villacorta@usdoj.gov |
| Michael Jay Berger | on behalf of Interested Party Michael Jay Berger michael.berger@bankruptcypower.com  michael.berger@ecf.courtdrive.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Reno F.R. Fernandez, III | on behalf of Creditor Gang "Patrick" Chen reno.fernandez@calg.com  ecf@macfern.com |
| Robert K Lu | on behalf of Debtor Hawaiian Riverbend  LLC robert@stars.energy |
| Wayne A. Silver | on behalf of Creditor Kenneth Y. Kai w_silver@sbcglobal.net  ws@waynesilverlaw.com |

Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Hawaiian Riverbend, LLC | Case No.: 22−50314 SLJ 11 |
| | Chapter: 11 |
| Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 10/11/22 dismissing the above−captioned case effective 10/11/22.

Dated: <u>10/11/22</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 114