

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**November 2, 2022**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court:

**In re: Hawaiian Riverbend, LLC , Bankruptcy Case # 22-50314, Judge Stephen L. Johnson**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

 Docket Report

Notice of Appeal and Statement of Election
Order Granting Motion to Dismiss Case
Notice of Motion for Reconsideration of Judge Johnson's 10-11-2022 Order of Dismissal
BNC Served Notice of Appeal

**Filing Fee**:   ☒ Paid $ 298.00        ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **510-879-3500**        .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  */s/ PL Wright*
_____
PL Wright      Deputy Clerk

Case: 22-50314   Doc# 127   Filed: 11/02/22   Entered: 11/02/22 07:35:29   Page 1 of 1