United States Bankruptcy Court
Northern District of California

In re:

Hawaiian Riverbend, LLC
         Debtor

Case No. 22-50314-SLJ

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdfnoa | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hawaiian Riverbend, LLC, PO Box 3181, Saratoga, CA 95070-1181 |
|  | + Ryan Smith, 882 Kirksey Drive, Turlock, CA 95382-7247 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edward Wu | on behalf of Debtor Hawaiian Riverbend  LLC ewu@reidwise.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Marta Villacorta | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ marta.villacorta@usdoj.gov |
| Michael Jay Berger | on behalf of Interested Party Michael Jay Berger michael.berger@bankruptcypower.com  michael.berger@ecf.courtdrive.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |

District/off: 0971-5

Date Rcvd: Oct 26, 2022

User: admin

Form ID: pdfnoa

Page 2 of 2

Total Noticed: 2

Reno F.R. Fernandez, III

on behalf of Creditor Gang "Patrick" Chen reno.fernandez@calg.com ecf@macfern.com

Robert K Lu

on behalf of Debtor Hawaiian Riverbend LLC robert@stars.energy

Wayne A. Silver

on behalf of Creditor Kenneth Y. Kai w_silver@sbcglobal.net ws@waynesilverlaw.com

TOTAL: 8

1  RYAN SMITH
2  Primary + Unsecured Creditor

3  882 Kirksey DR.

4  Turlock CA. 95382

5  (209) 485-6175
   Email: Redstick83@gmail.com

6

7              the Debtor & the Debtor in possession.

8

FILED

OCT 25 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES BANKRUPTCY COURT
10             NORTHERN DISTRICT OF CALIFORNIA
               SAN JOSE DIVISION
11

12  In re:                              Case No.: 5:22-bk-50314
13  HAWAIIAN RIVERBEND, LLC,            Chapter 11
14       Debtor and Debtor-in-Possession.    Honorable Stephen L. Johnson
15

16

17          NOTICE OF APPEAL AND STATEMENT OF ELECTION

18  **Part 1: Identify the appellant(s)**

19  1. Name(s) of appellant(s):
       (i) Hawaiian Riverbend, LLC, and (ii) Ryan Smith.
20  2. Position of appellant(s) in the bankruptcy case that is the subject of this appeal:
21     Hawaiian Riverbend, LLC is the Debtor.  Ryan Smith is a creditor.
22
    **Part 2: Identify the subject of this appeal**
23  1. Describe the judgment, order, or decree appealed from: *Order Granting Motion to Dismiss*
       *Case* [ECF No. 114]
24  2. State the date on which the judgment, order, or decree was entered: October 11, 2022
25

Case: 22-50314    Doc# 121    Filed: 10/25/22    Entered: 10/26/22 11:51:26    Page 1 of 6

Case: 22-50314    Doc# 127-1    Filed: 11/02/22    Entered: 11/02/22 07:35:29    Page 3 of 8

| | |
|---|---|
| 1 | **Part 3: Identify the other parties to the appeal** |
| 2 | List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary): |
| 3 | 1. _Party:_   Kenneth Y. Kai and Tae K. Kai, Trustees of the Kai Family 1998 Trust |
| 4 | _Attorney:_ Wayne A. Silver<br>LAW OFFICE OF WAYNE A. SILVER |
| 5 | 643 Bair Island Road<br>Suite 403 |
| 6 | Redwood City, CA 94063<br>(650) 282-5970 |
| 7 | |
| 8 | **Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)** |
| 9 | If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate |
| 10 | Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the |
| 11 | appellant wishes the Bankruptcy Appellate Panel to hear the appeal. |
| 12 | ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel. |
| 13 | |
| | **Part 5: Sign below** |
| 14 | |
| 15 | _Ryan Smith_   Date: 10/25/22 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | _Creditor of Hawaiian Riverbend LLC¹_ |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

The footer has red stamps.

| | |
|---|---|
| 1 | *[signature]* _____      Date: **10/25/2022** |
| | Ryan Smith |
| 2 | |
| 3 | Ryan Smith |
| | 882 Kirksey Drive |
| | Turlock CA, 95382 |
| 4 | Tel: **209-485-6175** |
| 5 | |
| 6 | **N/Applicable** |
| | Fee waiver notice: If appellant is a child support creditor or its representative and appellant has |
| 7 | filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required |
| | **$298 fee is** |
| 8 | **enclosed** |
| | **herewith** |
| 9 | **by Money** |
| | **Order** |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

## CERTIFICATE OF SERVICE

I, TUAN TRAN, do hereby certify that due service of a copy of the within document has been duly made by U.S. Mail, postage pre-paid, or by JEFS, as indicated, on October 25, 2022, to the following parties:

TO: *See Attached Proof of Service List*

DATED: San Jose, CA. October 25, 2022.

*I am not a party to the action.*

TUAN TRAN

*Proof of Service List* ADDRESSES TO follow

CASE# <u>22-50314</u> Notice has been Already mailed to: *the following 8 parties*

1) Michael Jay Berger on behalf of Interested Party Michael Jay Berger
   michael.berger@bankruptcypower.com,
   michael.berger@ecf.courtdrive.com

2) Reno F.R. Fernandez, III on behalf of Creditor Gang "Patrick" Chen
   reno.fernandez@calg.com, ecf@macfern.com

3) Robert K Lu on behalf of Debtor Hawaiian Riverbend, LLC
   robert@stars.energy

4) Office of the U.S. Trustee / SJ
   USTPRegion17.SJ.ECF@usdoj.gov

5) Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
   elvina.rofael@usdoj.gov,
   Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

6) Wayne A. Silver on behalf of Creditor Kenneth Y. Kai
   w_silver@sbcglobal.net, ws@waynesilverlaw.com

7) Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
   marta.villacorta@usdoj.gov

8) Edward Wu on behalf of Debtor Hawaiian Riverbend, LLC
   ewu@reidwise.com

CASE# <u>22-50314</u>

Case: 22-50314   Doc# 121   Filed: 10/25/22   Entered: 10/26/22 11:51:26   Page 5 of 6

Case: 22-50314   Doc# 127-1   Filed: 11/02/22   Entered: 11/02/22 07:35:29   Page 7 of 8

# BANKRUPTCY COURT

**Name:** RYAN SMITH

**RE:** HAVAIIAN RIVERBEND

**Case #:** S:22-BK-50314

RECEIVED
U.S. BANKRUPTCY COURT

2022 OCT ... P 5 16

RECEIVED

OCT 2 6 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA