Mike Miroyan, appellant
unsecured creditor
in propia persona
Box 3181
Saratoga, Ca.
95070
408-913-3123
EMAC8887@me.com

United States District Court
San Francisco, Ca.

| appeal of case Dismissal | Case # 22-60770 |
|---|---|
| re: Aaviation Reverend | Notification of |
| U.S. Bankruptcy Court | Transcript Completion |
| case # 22-50314 | Date: Feb 17-20, 202_ |
| | Designation of Record |
| | Date: Feb. 21, 2023 |

Comes now, Michael Miroyan to finally be able to state the above dates for both transcription and record designation in this case and collateral case # 22-50339 Miroyan personal BK both dismissed by your Chief Judge Johnson who abused his power who exceeds authority...

Case: 22-50314   Doc# 164   Filed: 02/17/23   Entered: 02/21/23 16:36:13   Page 1 of 1